AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Miller's Organic Farm
was received by me on *(date)*   04/04/2019

☒ I personally served the summons on the individual at *(place)* Amos Miller 648 Millcreek Rd Bird in Hand, PA 17505 on *(date)* April 4, 2019   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true

Date:   04/04/2019

*Server's signature*

Paul J. Flanagan, Investigator, Food Safety & Inspection Service
*Printed name and title*

Office of Program Eval., Enforcement & Review
Compliance and Investigations Division
701 Market Street, Suite 4100C, Philadelphia, PA 19106
*Server's address*

Additional information regarding attempted service, etc