United States District Court
for the Eastern District of Pennsylvania

United States of America

Plaintiffs

v.

Millers Organic Farm
and
Amos Miller

Defendants

Civil Action No.
5:19-1435

Defendants Answer the complaint as Follows:

We do Not have legal counsel yet

We are looking for representation

We reserve the right to amend this answer after council is retained

The defendants deny all allegations in the complaint and ask the court to dismiss this action

4-25-19

Amos Miller, Miller Organic Farm By: Amos Miller, defendant