**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    **v.**

**CIVIL ACTION NO. 19-cv-1435**

**MILLER'S ORGANIC FARM and
AMOS MILLER,**
        **Defendants.**

## ORDER

AND NOW, this_____ day of _____, 2019, upon consideration of the motion of Joseph A. Macaluso for leave to withdraw as co-counsel for defendant Miller's Organic Farm in the above-captioned case, and the Court finding that Assistant U. S. Attorney Gerald B. Sullivan, as attorney for plaintiff United States of America, concurs in the relief requested, and the Court finding further that advance notice of the motion was given by movant to Steven Lafuente, Esq., co-counsel for Miller's Organic Farm and counsel for defendant Amos Miller, it is hereby ORDERED that the motion is granted for movant Joseph A. Macaluso to withdraw as co-counsel for defendant Miller's Organic Farm in this case.

        By the Court,

_____
The Honorable Edward G. Smith, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,**
            **Plaintiff,**

                        CIVIL ACTION NO. 19-cv-1435

    v.

**MILLER'S ORGANIC FARM and**
**AMOS MILLER,**
            **Defendants.**

### MOTION OF JOSEPH A. MACALUSO TO WITHDRAW AS
### CO-COUNSEL FOR DEFENDANT MILLER'S ORGANIC FARM

NOW comes movant Joseph A. Macaluso as co-counsel for defendant Miller's Organic Farm in the above-captioned civil action, and respectfully represents:

1. Defendant Miller's Organic Farm has failed to pay the current legal fees due in order for movant to continue to perform legal services in this case.

2. Defendant Miller's Organic Farm has also failed and/or refused to follow advice of movant in this case.

3. Movant has given advance notice of the within motion to Assistant U. S. Attorney Gerald B. Sullivan and to Steven Lafuente, Esq., co-counsel for Miller's Organic Farm and counsel for defendant Amos Miller.

4. Assistant U. S. Attorney Gerald B. Sullivan has taken no position on the motion.

WHEREFORE, movant requests that the Court issue an Order granting leave for the withdrawal of Joseph A. Macaluso as co-counsel for defendant Miller's Organic Farm in this case.

Respectfully Submitted,

*Joseph A. Macaluso /s/*
_____
Joseph A. Macaluso, Esq.
Supreme Court I.D. #  38262
Co-counsel for defendant Miller's Organic Farm
P.O. Box 83
Orrstown, PA  17244
P. (717) 532-4832
F. (717) 532-4832
jmacaluso@pa.net

CERTIFICATE OF SERVICE

     I hereby certify that on September 12th, 2019, I served a true and correct copy of the within motion of Joseph A. Macaluso for leave to withdraw as co-counsel for defendant Miller's Organic Farm upon the following individuals by first class mail postage prepaid:

     Attorney for Plaintiff United States of America -

          Gerald B. Sullivan
          Assistant United States Attorney
          U.S. Department of Justice
          Eastern District of Pennsylvania
          615 Chestnut Street
          Suite 1250
          Philadelphia, PA 19106-4476
          P. (215) 861-8786
          F. (215) 861-8618
          Gerald.Sullivan@usdoj.gov

     Defendants -

          Miller's Organic Farm/Amos Miller
          648 Millcreek School Road
          Bird-in-Hand, PA 17505
          P. (717) 556-0672

     Co-Counsel for Miller's Organic Farm and
     Attorney for Defendant Amos Miller -

          Steven Lafuente, Esq.
          The Law Offices Of Jeremy Mckey
          2695 Villa Creek Dr., Ste. 155
          Dallas, TX 75234
          (214) 855-8788 (office)
          (888) 638-1552 (facsimile)
          steven@mckeylawfirm.com


          *Joseph A. Macaluso  /s/*
          _____
          Joseph A. Macaluso