# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-CV-1435 |
| | : | |
| | : | |
| **MILLER'S ORGANIC FARM and** | : | |
| **AMOS MILLER** | : | |
| | : | |
| **Defendants** | : | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as counsel for defendants pursuant to Local Civil Rule 5.1(c). Defendants are currently represented by other counsel of record.

        **Respectfully Submitted,**

        **COHEN SEGLIAS PALLAS**
        **GREENHALL & FURMAN P.C.**

        *[s] Christopher Carusone*

Date: September 9, 2021     _____

        **Christopher D. Carusone**
        ccarusone@cohenseglias.com
        **PA License No. 71160**
        **240 North Third Street, 7th Floor**
        **Harrisburg, PA 17101**
        **(717) 433-3716**

## CERTIFICATE OF SERVICE

I certify that today, September 9, 2021, I served the attached Praecipe For Withdrawal Of Appearance upon the defendants, United States Attorneys' Office, and all co-counsel for defendants addressed as follows:

Amos Miller & Miller's Organic Farm
Via Fax: (717) 661-7572
Via Overnight Mail: 648 Mill Creek School Rd, Bird in Hand. PA 17505

Gerald Sullivan
Assistant United States Attorney
Gerald.Sullivan@usdoj.gov

Steven Lafuente
Co-Counsel For Defendants
lafuentelaw@gmail.com

Elizabeth Gamsky Rich
Co-Counsel For Defendants
erich@rich-law.com

**Respectfully Submitted,**

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN P.C.**

*/s/ Christopher Carusone*

Date: September 9, 2021     _____

**Christopher D. Carusone**
ccarusone@cohenseglias.com
**PA License No. 71160
240 North Third Street, 7th Floor
Harrisburg, PA 17101
(717) 433-3716**