

**3965 Bethel Road SE**
**PMB #1-244**
**Port Orchard, Washington**
**Postal Code 98366**

**psn@prairiestar.net**

**LAWFUL ADVOCATE**
**ARBITRATION**

November 8, 2021

The Lafuente Firm PLLC
1602 Elm Street, Floor 33
DALLAS, TEXAS 75201

Steven Lafuente, Esq.

<u>Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent</u>

**STOP ADDRESSING** your correspondence to "Amos Miller Organic Farm" or "Miller's Organic Farm" as though it is some agency or entity that is owned or controlled by the "STATE OF PENNSYLVANIA" or the "Foreign Federal Municipal Government"… because it is not.., IT IS PRIVATELY OWNED and is under copyright… any further use of any derivation of the name, will be billed according to the contract included as "My Status…. Your Status….", $15,000 per unauthorized use.

FOR THE LAST TIME… YOU NOR YOUR FIRM… represent Amos Blank Miller, the living man, nor do you represent "Miller Organic Farm"… We quite frankly do not care what you or the "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA …, do or don't do…

There is one thing for certain...Amos Blank Miller the living man **has not and is not** included in these court proceedings…. He DOES NOT CONSENT!

You, your firm, the Court, the Administrator/Judge can take whatever action it or they want to take…. Just bear this in mind.., The "Plaintiff is a Corporation in Bankruptcy"…, the "Defendants"… AMOS MILLER is a corporation which was finalized in bankruptcy on November 5, 2020… AMOS MILLER'S ORGANIC FARM is a corporate name CREATED BY the either the "Plaintiff" or "USDA, who is also a Agency included in the finalized bankruptcy of November 5, 2021. FROM OUR POINT OF VIEW… ALL ENTITIES ARE IN SOME STAGE OF BANKRUPTCY… with the exception of the made up corporate name for my client's farm. Go figure...

AMOS MILLER – is a creation of the "MUNICIPAL State of Pennsylvania or the STATE OF PENNSYLVANIA… IT IS NOT Amos Blank Miller the living man… IT IS BANKRUPT AND IT'S OBLIGATIONS DISCHARGED IN BANKRUPTCY November 5, 2020.

AMOS MILLER ORGANIC FARM is a corporate name and DOES NOT EXIST…. Any assumed connection to "Amos Miller Organic Farm" is a presumption on yours and the courts behalf… ANY SUCH PRESUMPTION is fully rebutted.

We have attached a second copy of **"My Status…. Your Status…."** the terms and conditions which applies to both you and your firm… and to the "Corporation" "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA - D.U.N.S. Number 808228774" and USDA - D.U.N.S Number 008238717.

I have already informed all the parties of interest… that the status of each of the entities involved are perfectly clear.

If you or the court persists in violating our client's guarantees granted to him under the Constitution for the united States of America", we will commence a "Commercial Tort Claim" as authorized under the Uniform Commercial Code, for damages.

We have informed, and politely asked that you leave our client out of whatever USDA or the Court is attempting to accomplish. We have never been, and we are not now a part of this claim made by the Plaintiff.

We have informed you as required under your own laws… It is now up to you to respect your own laws and leave my client out of whatever the USDA is attempting to do. We are NOT IN YOUR JURISDICTION… NOR IS Amos Blank Miller, the living man, under any obligation to your "Corporate Agency" or any bankrupt system.

"Amos Miller Organic Farm" has been placed into a protective Trust and will remain there permanently, meaning it fully functions as a "Private Held Entity" and is NOT SUBJECT to any "Statutory or Corporate Laws".

Finally, any further harassment or contact of our client, will activate the conditions, whereas you and your Firm, and the courts and USDA's consent to the contract referenced in the document "My Status…. Your Status….". THIS IS YOUR NOTICE….

**Prairie Star National** ©

By: _K Allan Goulet - Agent - Trustee_
Without Prejudice – All Right Reserved

cc: "IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA"

"UNITED STATES DEPARTMENT OF AGRICULTURE"



SANTANDER TOWER
1602 ELM STREET, FLOOR 33
DALLAS, TX 75201

TELEPHONE: (214) 886-6864
FACSIMILE:  (888) 824-4248

STEVEN LAFUENTE, ESQ.
lafuentelaw@gmail.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

November 4, 2021

Miller's Organic Farm
C/O Amos Miller
648 Millcreek School Rd.
Bird-in-Hand, PA 17505
Via facsimile (717) 661-7572

Re:   *United States of America v. Miller's Organic Farm, et.al.*

Cause No. 5:19-cv-01435

Amos:

Please find the attached Motion in Opposition to my Motion to Withdraw as your counsel. Listen, I am not allowed to communicate to you through anyone else, especially someone who is not licensed to practice law. Until Judge Smith signs the order granting my motion to withdraw, I have no choice but to stay in communication with you. I will not communicate with Prairie Star National.

This hearing on November 12th is going to be very, very important. I understand that you believe that you have the authority to nullify a court order, but you simply do not. If you don't show up, the court will have you arrested and compel you to appear, which is just going to cause further delay and cost more money. I will be in court on the 12th. I hope to see you there.

Sincerely Yours,

Steven Lafuente, Esq.
SBOT 24032522

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION |
| Plaintiff, | NO. 19-CV-1435 |
| v. | |
| MILLER'S ORGANIC FARM, et al., | |
| Defendants. | |

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Steven Lafuente, Esq.'s motion to withdraw as counsel for defendants Amos Miller and Miller's Organic Farm (Dkt. No. 120), as well as plaintiff United States' opposing memorandum and the parties' exhibits, IT IS HEREBY ORDERED that the motion is DENIED WITHOUT PREJUDICE. Consistent with Local Rule of Civil Procedure 5.1(c), the Court denies Mr. Lafuente leave to withdraw unless and until another attorney of this Court enters an appearance for the defendants.

BY THE COURT:

_____
HONORABLE EDWARD G. SMITH
*Judge, United States District Court*

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

U.S.M.S. X-RAY

RECEIVED NOV 1 2 2021

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013   OD: 12.5 x 9.5

PS10001000006

---

**UNITED STATES POSTAL SERVICE®** — **PRIORITY MAIL EXPRESS®**

EJ 964 679 316 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

PRAIRIE STAR NATIONAL
3965 Bethel Road #244
Port Orchard, Washington
Postal Code 98366

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 98354
Scheduled Delivery Date (MM/DD/YY): 11/10/2021
Postage: $27.10
Date Accepted (MM/DD/YY): 11/8/2021
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 15:00 ☐ AM ☐ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

**TO:** (PLEASE PRINT)   PHONE ( )

U.S. Dist. Court
601 Market St. #2609
Philadelphia, PA
Edward G. Smith

ZIP + 4® (U.S. ADDRESSES ONLY): ~~~~~~-19106

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $27.10
Weight: lbs. ozs.   ☑ Flat Rate   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

+ Money Back Guarantee for U.S. destinations only.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**

# PRIORITY MAIL EXPRESS™



SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

GUARANTEED*
★ ★ ★
TRACKED
★ ★ ★
INSURED
★

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



RECEIVED NOV 1 2 2021



P S 10001000006

EP13F July 2013
OD: 12.5 x 9.5



UNITED STATES POSTAL SERVICE®

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
✕ For International shipments, the maximum weight is 4 lbs.