IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1435 |
| | : | |
| v. | : | |
| | : | |
| MILLER'S ORGANIC FARM and AMOS MILLER, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 14th day of April, 2022, after a compliance hearing with counsel for the government, counsel for Miller's Organic Farm, Steven Lafuente, Esquire, the defendant, Amos Miller, the court's appointed expert, George Lapsley, and several government agents; and the defendant, Amos Miller, having represented to the court that he will comply with the court's February 7, 2022 order (Doc. No. 143) by, among other things, allowing FSIS access to the farm so that FSIS can verify the court-ordered inventory; accordingly, it is hereby **ORDERED** as follows:

1. The court will hold an on-the-record telephone status conference with counsel and the defendant, Amos Miller, on **Friday**, **April 22, 2022,** at **12:30 p.m.** Counsel for the parties and Amos Miller shall call 1-866-434-5269 and use access code 3623011# to enter the conference call to enter the conference call;

2. Attorney Lafuente shall promptly serve a copy of this order upon the defendants; and

3. The clerk of court shall **MAIL** a copy of this order to Amos Miller at 648 Millcreek School Road, Bird-In-Hand, Pennsylvania 17505.

**IT IS FURTHER NOTED THAT**, as discussed during the hearing, the court's February 7, 2022 order (Doc. No. 143) requires the defendants to pay into the court's registry both (1) the $250,000 civil contempt sanctions order fine and (2) the $55,065.72 incurred by the FSIS in its investigations by March 9, 2022. *See* Feb. 7, 2022 Order at ECF pp. 45–46; and the defendant, Amos Miller, having requested during a previous telephone conference that he receive more time to procure the necessary funds; and the government expressing no objection to the extension so long as Mr. Miller makes a good faith down payment of $50,000 by March 18, 2022; and Mr. Miller representing during the hearing that he did not make the $50,000 payment by March 18, 2022, due to mailing the check to the incorrect address; accordingly, it is **FURTHER ORDERED** as follows:

1. The defendants shall have until **Friday**, **April 22, 2022**, at **9:00 a.m.** to make a good faith payment of $50,000 into the registry of the court and $55,065.72 to the United States Attorney's Office for the Eastern District of Pennsylvania to reimburse the costs incurred by FSIS, for a total payment of $105,065.72;[1] and

2. If any issues arise regarding this payment, Attorney Lafuente shall promptly alert the court.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Attorney Lafuente confirmed during the hearing that he would advise Mr. Miller on how and where to submit these payments.