From    Amos Blank Miller

           C/O: 648 Mill Creek School Rd.

           Bird-In-Hand Pennsylvania [17505]

To:      U.S.D.C. Eastern District of Pennsylvania

           ATTN: Clerk

           601 Market St.

           Philadelphia PA. [19106]

# AN AUTHENTICATED FOREIGN DOCUMENT

## HAGUE CONVENTION, 5 October 1961

## AFFIDAVIT FOR: PUBLIC NOTICE, HONORABLE CLARIFICATIONS

### 48 CFR Ch. 1 53.228 Bonds and Insurance

### 48 CFR Ch.1 53.228

AFFIDAVIT OF NOTICE

RE: 19-1435

To Whom Concerns:

Enclosed is the Original UCC filing 202220332048 from the Secretary of State of Colorado for Cause No: : 19-1435


Please be advised that the Secured Party has Accepted for Value as I'm now Holder-In-Due-Course of any/all documents.

Therefore, I hereby revoke and rescind my signature for good cause of any/all document(s) as identified above, and hereby revoke any/all Power of Attorney held by the State of CALIFORNIA over my Personal and/or Property. This document is the preparation of the undersigned.

### 48 CFR Ch. 1 53.228 Bonds and Insurance


The following standard forms are prescribed for use for bond and insurance requirements, as specified in part 28: (a) SF 24 (Rev.10/98) Bid Bond. (See 28.106-1.) SF 24 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (b) SF 25 (Rev. 5/96) Performance Bond. (See 28.106-l(b).) SF 25 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (c) SF 25-A (Rev. 10/98) Payment Bond. (See 28.106-l(c).) SF 25-A is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose-leaf edition of the FAR. (d) SF 25-B (Rev. 10/83), Continuation Sheet (For Standard Forms 24, 25, and 25-A). (See 28.106-l(d).) (e) SF 28 (Rev. 6/03) Affidavit of Individual Surety. (See 28.106-l(e) and Part 53 of the loose-leaf edition of the FAR. (o) OF 25a (Rev.8/2016), Payment Bond on Real Property. (See 28.106-l(o) and 28.203-5(a).) OF 25a is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose-leaf edition of the FAR.(p) OF 91 (Rev. 1190), Release of Personal Property from Escrow. (See 28.106-l(p) and 28.203-5(a).) OF 91 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR. [48 FR 42637, Sept. 19, 1983, as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48998, Nov. 28, 1989; 55 FR 25534, June 21, 1990; 55 FR 52801, Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26, 1996; 63 FR 58603, Oct. 30, 1998; 63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68 FR 28088, May 22, 2003)

**48 CFR Ch.1 53.228:**

    **Bonds and insurance. General Services Administration bonds, GSA forms OF 25a Release of Lien on Real Property, of 91 Release of Personal Property from Escrow, sf28 Affidavit of Individual Surety, and various bid, performance and payment bonds, such as sf24 Bid Bond, sd25 Performance Bond and sf25A Payment Bond, sf1418 Performance  Bond, sf1416 Payment Bond, as well as the Miller Act bonds sf273 Bid Bond, sf274 Performance Bond and sf275 Payment Bond are <u>viable options for the  accused defendant/prisoner to use to replace and redeem the bonds sold by the Court in regard to the accused defendant/ judgment and invoice</u>.**

### PUBLIC HAZARD BONDING OF CORPORATE AGENTS

    <u>All officials are required by federal, state, and municipal law to provide the name, address, and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personality to secure their public oath and service of office.</u>

### Let it be known to the Court and All Officers:

    A commercial lien (90-day grace period before levying) may be used by a citizen to collect a debt or to secure a promised service/oath of a public official by seizing the property of the public official to secure privately and/or publicly the bond of the official. When an immediate specific performance is required of an official instead of the general protection of the public, the instant process is called a distress or distress infinite, which because it has no grace period before impoundment, must be pre- bonded. Commercial Liens are not Common Law Liens. Commercial Liens are Declarations of Obligation (15 USC) and as such are no part of the common law process except:

A.   A lien may be enforced by a levy on the lien by the Sheriff after a 90-day acquiescence of the lien debtor, or

B.   Be challenged by the lien debtor in a Jury Trial duly convened by the Sheriff within 90 days at the request of the lien debtor pursuant to the 7th Amendment of the US Constitution or an identical state provision. Said Jury Trial must be duly convened and properly conducted meaning, in part, that all affidavits must be categorically point-for-point rebutted, all issues are subject to full disclosure and discovery, and the jury may

not retire to the jury room to homogenize the verdict.


C.   Furthermore, upon determination of this court that jurisdiction did and is, in fact lacking in the cause in question, any act (or future acts) of detention, arrest, incarceration, or physical harm to Amos Blank Miller®, Sui Juris, a real flesh and blood State Citizen is assigned the minimum monetary values as precedent established by Trezevant v. City of Tampa, 741 D. 2d 336 (1984), where the court awarded $25,000 per 23 minute period, i.e. $65,217.39 per hour, plus punitive damages in the amount decided solely by Amos Blank Miller, Sui Juris, Secured Party.

The Secured Party shall pursue damages for injuries via his administrative process and procedures according to the Common Laws of the land


Please send confirmation of such adjustments as well and please return a Time Stamp copy back to me at the above address, as an extra copy of this document is being sent to you as well.

I'm thanking you in advance for your time in this matter.

If there is any confusion of discharging the attached Case with a Time Stamped Copy showing discharged to the DEBTOR; AMOS BLANK MILLER; please have Clerk informed the Secured Party Amos Blank Miller so he may request to Clerk to put a court date on the Docket sheet to imposed a complete discharged/

Dated and Executed by my own hand _18_ day of _April_ 2022.


**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**(Applicable to all Successors and Assigns)**


Respectfully Submitted

Amos Blank Miller

Certificate of Service

I, Amos Blank Miller sent two sets of Discharge via Certified Mail to as follows:

U.S.D.C. Eastern District of Pennsylvania

ATTN: Clerk

601 Market St.

Philadelphia PA. [19106]

Certified Mail Number: _EI 227 005 554 US_

On this _19_ day of _April_ 2022.

Amos Blank Miller

C/O: 648 Mill Creek School Rd.

Bird-In-Hand Pennsylvania [17505]

THIS PROPERTY IS

ACCETED FOR VALUE

EXEMPT FROM LEVY

*Amos Blank Miller*

Amos Blank Miller

*April 18 2022*

Date

Employer ID: 17-1763517

Invoice Number: 19:1435-ABM

Accounting Information Cause: : : 19:1435-ABM

Attached Receipts (   )

EXHIBIT "A"

COPY OF UCC-1 & 1 AD

HOLD HARMLESS

FILED COPY OF FORM 56 & W8BEN

**Colorado Secretary of State**
Date and Time: 03/30/2022 01:57:03 PM
Master ID: 20222032048
Validation Number: 20222032048
Amount: $8.00

## Debtor: (Organization)

Name: AMOS BLANK MILLER TRUST
Address1: 648 MILL CREEK SCHOOL ROAD
Address2:
City: BIRD-IN-HAND          State: PA          ZIP/Postal Code: 17505
Province:                   Country: United States

The debtor is a transmitting utility.

## Debtor: (Organization)

Name: AMOS BLANK MILLER; NON-ADVERSE; NON-BELLIGERANT; NON-COMBATANT PRIVATE FOUNDATION
Address1: 648 MILL CREEK SCHOOL ROAD
Address2:
City: BIRD-IN-HAND          State: PA          ZIP/Postal Code: 17505
Province:                   Country: United States

The debtor is a transmitting utility.

## Secured Party: (Individual)

Last name: Miller          First name: Amos          Middle name: Blank          Suffix:
Address1: c/o: 648 Mill Creek School Road
Address2:
City: Bird-in-Hand         State: PA          ZIP/Postal Code: [17505]
Province:                  Country: United States

## Collateral

**Description:**

Please see attached images for full collateral description and contractual agreements.

## Optional Information

## Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

## Optional filer reference data/miscellaneous information:

Bailee/Bailor shall mean the same as Secured Party/Debtor. All collateral is held under trust. UCC 1-308

## Attachment Index

| Attachment # | Description | Filename | Size | Format |
|---|---|---|---|---|
| 1 | (Amos Miller) CO UCC1 packet | (A Miller) CO UCC1 packet.pdf | 2728774 | PDF |
| 2 | (Amos Miller) CO UCC1 packet | Amos Miller LPOA to STRice executed.pdf | 651181 | PDF |

File name: (A Miller) CO UCC1 packet.pdf          Uploaded: 03/30/2022 01:54:40 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Amos-Blank: Miller
c/o: 648 Mill Creek School Road,
Bird-in-Hand, Pennsylvania [17505]
Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMOS BLANK MILLER TRUST® | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 648 MILL CREEK SCHOOL ROAD, | BIRD-IN-HAND | PA | 17505 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMOS BLANK MILLER TRUST;          NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 648 MILL CREEK SCHOOL ROAD, | BIRD-IN-HAND | PA | 17505 | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Miller | Amos | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 648 Mill Creek School Road, | Bird-in-Hand | Pennsylvania | [17505] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:
This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate: AMOS BLANK MILLER © in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man.' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on deb tor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 122292-1977. SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 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. is herein liened and claimed at a sum certain $100,000,000.00. also registered; Security Agreement No. 10161977-ABM -SA Hold Harmless & Indemnity Agreement No 10161977-ABM - HHIA. Copyright under item no.: 10161977-ABM -CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Co de. Trustee/Secured Party, Amos-Blank: Miller is living flesh and blood sojourning upon the soil of the land known as Pennsylvania, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se ci ad se non pertienti. All property currently held or outstanding belongs to the

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| **6a.** Check only if applicable and check only one box: | | **6b.** Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Date: 03/28/2022

No Documentary Tax Stamp Required

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)      International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| AMOS BLANK MILLER TRUST© |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** <u>or</u> ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only <u>one</u> name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993. Held at the Palis Des Nations, Geneva. From April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

UCC Financing Statement - 20222032048 - Colorado Secretary of State - Page 5 of 17

# HOLD HARMLESS AND INDEMNITY AGREEMENT

Non-Negotiable - Private Between the Parties:

DEBTOR:
AMOS BLANK MILLER TRUST
c/o: 648 MILL CREEK SCHOOL ROAD.
BIRD-IN-HAND, PENNSYLVANIA 17505
...and all derivatives and variations in the spelling of said name.

TRUSTEE SECURED PARTY:
Amos-Blank: Miller
c/o: 648 Mill Creek School Road.
Bird-in-Hand, Pennsylvania [17505]
united States of America

**TRUSTS Identifying Numbers:** 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, 122292-1977 and any hereinafter named in trust minutes. This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "AMOS BLANK MILLER TRUST" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "**TRUST**", except. Amos-Blank: Miller, the living, breathing, flesh-and-blood man, known by the distinctive appellation Amos-Blank: Miller hereinafter "**Trustee**".

For valuable consideration **TRUST** hereby expressively agrees and covenants. without benefit of discussion. and without division. that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent. as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on. **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 10161977-ABM-AA apply hereto. non obstante.

When the context so requires. the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts TRUST'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

~~AMOS BLANK MILLER TRUST~~                    *Amos – Blank: Miller* LPof
AMOS BLANK MILLER TRUST                         Amos-Blank: Miller - Trustee Secured Party's Signature.
**TRUST's** Signature, Copyright YEAR 18~~5~~.          Authorized Representative, All Rights Reserved.
                                                Without Prejudice Without Recourse

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

_____                          *S.T. Rice, J.D.*
First Witness Signature                           Second Witness Signature

Address: _____                 Address: _____
~~On the county at Large, riverside~~             S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
~~c/o: 28039 Scott Road, Unit D-350~~             On the county at Large, riverside
~~Murrieta, California [92563]~~                  Non-Domestic
                                                  c/o: 28039 Scott Road, Unit D-350
                                                  Murrieta, California [92563]

| Hold Harmless Agreement | Page 1 of 1 | Item# 10161977-ABM-HHIA |
|---|---|---|

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1995 AMOS BLANK MILLER TRUST.

**Notice Provided Under Certified Mail No. 7021 0350 0000 9583 0197**

Lawful/Legal Notice provided to:

_____
_____
_____

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

**Copyright Notice: All rights reserved.**

Copyright of trade-name trademark AMOS BLANK MILLER © TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: AMOS BLANK MILLER TRUST ©, MILLER ©, ABM', AMOS BLANK MILLER ©, MILLER AMOS MRS ©, MRS MILLER © or any derivatives thereof are under Copyright 1995 Said common-law trade-name trademark, AMOS BLANK MILLER © TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of AMOS BLANK MILLER ©, and all such unauthorized use is strictly prohibited.

**By receipt of this notice, you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**
You herein have two options for remedy of this breach of copyright:

1)  You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology,; or

2)  If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice, then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a)  **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and AMOS BLANK MILLER TRUST is Secured Party, and signifies that User:

   b)  In accordance with the fees for unauthorized use of Trade-Name Trademark Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

   c)  Grants Trustee TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name trademark, plus costs, plus triple damages;

   d)  Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

   e)  Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

Common Law Copyright Notice                    Page 1                    Item# 10161977-ABM-CLC

# COMMON LAW COPYRIGHT NOTICE

## copyright © 1995 AMOS BLANK MILLER TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Amos-Blank: Miller, Autograph Common Law Copyright YEAR 18 ©. Unauthorized use of "Amos-Blank: Miller" incurs same unauthorized-use fees as those associated with AMOS BLANK MILLER TRUST ©, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
Mail: _____
Or the address provided on the envelope.

Amos-Blank: Miller TTEE

*Amos-Blank: Miller* LPA

Without Prejudice/Without Recourse
On behalf of AMOS BLANK MILLER TRUST ©, E-
Copyright 1995. All Rights Reserved.

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:
~~On the county at Large, riverside~~
~~c/o: 28039 Scott Road, Unit D-350~~
~~Murrieta, California [92563]~~

Second Witness Signature
Address:
S.T. Rice, J.D. [#86082] Fed. Tr. Cir. Ct.
~~On the county at Large, riverside~~
~~Non-Domestic~~
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Common Law Copyright Notice          Page 2          Item# 10161977-ABM-CLC

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**  Identification

| Name of person for whom you are acting (as shown on the tax return)<br>AMOS BLANK MILLER TRUST© | Identifying number<br>88-6263628 | Decedent's social security no.<br>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 |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
648 MILL CREEK SCHOOL ROAD,

City or town, state, and ZIP code (If a foreign address, see instructions.)
BIRD-IN-HAND, PENNSYLVANIA 17505

Fiduciary's name
JANET YELLEN, et al D.B.A. SECRETARY OF TREASURY (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
1500 PENNSYLVANIA AVENUE, NORTH WEST

| City or town, state, and ZIP code<br>WASHINGTON, DISTRICT OF COLUMBIA [20220] | Telephone number (optional)<br>( 202  ) 622-2000 |
|---|---|

**Section A.  Authority**

**1**  Authority for fiduciary relationship. Check applicable box:
**a**  ☐  Court appointment of testate estate (valid will exists)
**b**  ☐  Court appointment of intestate estate (no valid will exists)
**c**  ☐  Court appointment as guardian or conservator
**d**  ☑  Valid trust instrument and amendments
**e**  ☐  Bankruptcy or assignment for the benefit or creditors
**f**  ☐  Other. Describe ▶ --------------------------------------------------------
**2a**  If box 1a or 1b is checked, enter the date of death ▶ ------------------------------
**2b**  If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

**Section B.  Nature of Liability and Tax Notices**

**3**  Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶ ----------------------------------------

**4**  Federal tax form number (check all that apply):  **a**☐ 706 series  **b**☐ 709  **c**☐ 940  **d**☐ 941, 943, 944
**e**☐ 1040, 1040-A, or 1040-EZ  **f**☑ 1041  **g**☐ 1120  **h**☐ Other (list) ▶

**5**  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ ----------------------------------------

**6**  If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.

Cat. No. 16375I

Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page 2

**Part II   Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |

**Part III   Signature**

TRUSTEE On behalf of AMOS BLANK MILLER TRUST

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**J ANET YELLEN**
Fiduciary's signature

By appointment of
AMOS BLANK MILLER TRUST

United States Secretary of Treasury
Title, if applicable

Date

Form 56 (Rev. 12-2011)

### ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you Janet Yellen have been chosen to act as fiduciary in re AMOS BLANK MILLER TRUST. Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.**

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting "Lawful", open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. ,Const. Art. 1:8:17-18, by the real party in interest: Trustee/TRUST & Holder-in-Due-Course (HDC) of this and all related documents and instruments.

TAKE SPECIAL NOTICE From "Lawful" private Trust jurisdiction ['as defined within, 26 U.S.C. § 7701(a)(31); 8 U.S.C. § 1101(a)(14); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF PA, STATE OF PENNSYLVANIA, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting: within a State: That Congress cannot create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26),"] tax it: [See: inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/122292-1977 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in AMOS BLANK MILLER TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice, for cause.

Trustee Secured Party: Amos-Blank: Miller     LPoA
on behalf of AMOS BLANK MILLER TRUST
All Rights Reserved, Without Prejudice, UCC 1-308

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:
On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address: S.T. Rice, J.D. (#I86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

| Notice Concerning Fiduciary Relationship | Item # 10161977-ABM-F56-US |
|---|---|

UCC Financing Statement - 20222032048 - Colorado Secretary of State - Page 10 of 17

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

| | | |
|---|---|---|
| Name of person for whom you are acting (as shown on the tax return)<br>AMOS BLANK MILLER TRUST © | Identifying number<br>88-6263628 | Decedent's social security no.<br>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 |

Address of person for whom you are acting (number, street, and room or suite no.)
648 MILL CREEK SCHOOL ROAD,

City or town, state, and ZIP code (if a foreign address, see instructions.)
BIRD-IN-HAND, PENNSYLVANIA 17505

Fiduciary's name
FRANCISCO ALICEA, et al D.B.A. SECRETARY OF TREASURY   (UNITED STATES)

Address of fiduciary (number, street, and room or suite no.)
C/O DEPARTMENT DE HACIENDA, P.O. BOX 9024140

City or town, state, and ZIP code
SAN JUAN, PUERTO RICO 00902-4140

Telephone number (optional)
( 787 ) 721-2020

## Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:

a ☐ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☑ Valid trust instrument and amendments
e ☐ Bankruptcy or assignment for the benefit or creditors
f ☐ Other. Describe ▶

**2a** If box 1a or 1b is checked, enter the date of death ▶ -------------------
**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ -----------

## Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶

**4** Federal tax form number (check all that apply):  a☐ 706 series  b☐ 709  c☐ 940  d☐ 941, 943, 944
e☐ 1040, 1040-A, or 1040-EZ  f☑ 1041  g☐ 1120  h☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  ▶ ☐
and list the specific years or periods ▶ -------------------------------------------------

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box  .  .  .  .  ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
form number.

Complete only if the line 6 box is checked.

| If this item<br>is checked: | Enter year(s) or period(s) | If this item<br>is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2011)

Form 56 (Rev. 12-2011)

Page **2**

**Part II**   Court and Administrative Proceedings

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)

Date proceeding initiated

Address of court

Docket number of proceeding

City or town, state, and ZIP code

| | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| | | | a.m. | |
| | | | p.m. | |

**Part III**   Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer

TRUSTEE On behalf of AMOS BLANK MILLER TRUST

*FRANCISCO ALICEA*
Fiduciary's signature

By appointment of
AMOS BLANK MILLER TRUST

Secretary of Treasury
Title, if applicable

Date

Form 56 (Rev. 12-2011)

### ACTUAL & CONSTRUCTIVE LEGAL NOTICE [U.C.C. §§ 1-201(25)(26)(27)]:

**By appointment you FRANCISCO ALICEA have been chosen to act as fiduciary in re AMOS BLANK MILLER TRUST.** Please see accompanying Minutes of Trust designating your appointment. If this appointment is outside of your abilities/scope, or you do not choose to take the position please simply return all documentation to the trust within 30 days and we will designate a new appointment.

**Otherwise this document will act as PUBLIC NOTICE** and will be filed along with related instruments upon the U.C.C. Commercial Registry constituting **"Lawful"**, open, notorious, public notice of the subject-matter executed & presented in good-faith U.C.C. § 1-201(19); U.C.C. § 1-203 to the UNITED STATES, i.e., 28 U.S.C. 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. .Const. Art. 1:8:17-18, by the real party in interest; Trustee/TRUST & Holder-in-Due-Course (HDC) of this and all related documents and instruments.

**TAKE SPECIAL NOTICE** From "Lawful" private Trust jurisdiction ["as defined within. 26 U.S.C. § 7701(a)(31); 28 U.S.C. § 1603(b)(3)"] **That entity and man are** "Non-Assumpsit"; and "Non-Domestic and Non-Federal" in regards the UNITED STATES and/or any of its "Constituent STATES" incorporated thereof, e.g., inter alia, but not limited to, STATE OF PA, STATE OF PENNSYLVANIA, and the like; and also in regards the UNITED NATIONS, as well as to England & Russia... Intent to contract does not validate or give ascent to any contract or waiver of right unless implicitly stated in writing. Noting; within a State; That Congress **cannot** create a trade or business, [i.e., "as defined within 26 U.S.C. § 7701(a)(26)."] tax it; [See; inter alia, License Tax Cases, 72 U.S. 462; 18 L.E. 497 (1866); M'Ilvaine v. Coxe's Lessee,8 U.S. 209; 2 L.E. 598 (1808); and Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct 1064 (1886)]. All accounts in relation to 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/122292-1977 or the like Accounts are accepted with Claim [11 U.S.C. § 101(5)] and (Special) Maritime Lien upon all related accounts both general & special and if not currently held are to be transferred and held in AMOS BLANK MILLER TRUST; as defined in TRUST and supporting documentation. Lien will be removed when transference and control of all aforesaid accounts are transferred in full to trust under Trustee's sole control. Without prejudice. for cause.

*Amos-Blank : Miller* LPOA
Trustee-Secured Party : Amos-Blank: Miller
on behalf of AMOS BLANK MILLER TRUST
All Rights Reserved. Without Prejudice. UCC 1-308

### W I T N E S S E S

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:

~~On the county at Large, riverside~~
~~c/o: 28039 Scott Road, Unit D-350~~
Murrieta, California [92563]

*S.T. Rice, J.D.*
Second Witness Signature
Address:
S.T. Rice, J.D. (#86082) Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Notice Concerning Fiduciary Relationship

Item # 10161977-ABM -F56-PR

Form **W-8BEN**

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

▶ For use by humans. Entities must use Form W-8BEN-E.
▶ Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben.*
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do NOT use this form if:**                                                                                                    Instead, use Form:

- You are NOT an individual ("individual" means a "non-resident non-person non-taxpayer" under the I.R.C.) ......................... W-8BEN-E
- You are a statutory U.S. citizen or other U.S. person, including a resident alien individual .................................................. W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) ......................................................................................................................................................... W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States ............. 8233 or W-4
- A person acting as an intermediary ................................................................................................................................................ W-8IMY

### Part I  Identification of Non-Resident Non-Taxpayer (see instructions)

| | |
|---|---|
| **1** Name of human applicant<br>Amos-Blank: Miller | **2** Country of nationality<br>American National |

**3** Mailing address (Not a domicile or residence. Don't have a domicile or residence) (street, apt. or suite no., or rural route).
C/O 648 Mill Creek School Road,

| | |
|---|---|
| City or town, state or province. Include postal code where appropriate.<br>Bird-in-Hand, Pennsylvania Republic [17505] | Country<br>united States of America |

**4** Mailing address (if different from above)

| | |
|---|---|
| City or town, state or province. Include postal code where appropriate. | Country |

| | |
|---|---|
| **5** U.S. taxpayer identification number (SSN or ITIN), if required (not required)<br>NONE (Not required   See 31 CFR 306 10, 31 CFR 103 34(a)(3)(x); W-8BEN Inst  p  1,2,4,5 (Cat 25576H), W-8 Supp. Inst, p  1,2,6 (Cat  26698G), Pub. 515 Inst  p. 7, Form 1042-s Inst  p  1,14) | **6** Foreign tax identifying number (see instructions) |

| | |
|---|---|
| **7** Reference number(s) (see instructions) | **8** Date of birth (MM-DD-YYYY) (see instructions)<br>10-16-1977 |

### Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9** I certify that the non-resident is a resident of ................................................................ within the meaning of the income tax treaty
between the United States and that country.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............
of the treaty identified on line 9 above to claim a ..................... % rate of withholding on (specify type of income): ....................

Explain the reasons the non-resident meets the terms of the treaty article: ........................................................................................

### Part III  Certification

Under penalties of perjury from without the "United States" as defined in 28 U.S.C. §1746(1) and 26 U.S.C. §7701(a)(9) and (a)(10), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify from without the "United States" that

- I am the human who is the non-resident (or am authorized to sign for the human that is the non-resident) of all the earnings to which this form relates or am using this form to document myself as a statutory "non-resident non-person" that is an owner or account holder of a financial institution outside the geographical "United States" per I.R.C. 7701(a)(9) and (a)(10),
- The human named on line 1 of this form is not a statutory "U.S. person", "person", or "individual" as defined in 26 U.S.C. §7701(a)(30) or 26 U.S.C. §7701(c), or 26 C.F.R. §1.1441-1(c)(3) respectively  would have to hold a public office to be any of these entities, and does not consensually hold such an office.
- The earnings to which this form relates are.
  (a) not effectively connected with the conduct of a "trade or business" (public office per 26 U.S.C. §7701(a)(26)) in the United States (government),
  (b) not earned from sources within the geographical "United States" defined in 26 U.S.C  §7701(a)(9) and (a)(10),
  (c) not subject to reporting per 26 U.S.C. §6041 because not connected to a statutory "trade or business" (public office)
  (d) not subject to withholding because said earnings is "income" per 26 U.S.C. §643(b) and earned by a "non-resident non-person non-taxpayer"
- The non-resident named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
- For broker transactions or barter exchanges, the non-resident is either not-subject or statutorily exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent or payer that has control, receipt, or custody of the earnings of which I am the non-resident or any withholding agent that can disburse or make payments of the income of which I am the non-resident. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

**Sign Here** ▶

| | |
|---|---|
| *Amos-Black: Mills CPAS*<br>Signature of non-resident (or individual authorized to sign for non-resident) | March 28, 2022<br>Date (MM-DD-YYYY) |
| Amos-Blank: Miller<br>Print name of signer | Trustee<br>Capacity in which acting (if form is not signed by non-resident) |

For Paperwork Reduction Act Notice, see separate instructions.          Cat. No. 25047Z          Form **W-8BEN** (Rev. 2-2014)

# W8BEN Affidavit

### (International) Commercial Affidavit

This Affidavit in regards to the W-8BEN on the obverse side is executed as Lawful *PUBLIC NOTICE* [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to *declare trustees stature as a Non-Resident/Non-Person in regard to U.S. Inc. (Id)" with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and if called as a witness, I am One; who can "Testify" to the facts, evidenced, and subject-matter within Trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit: executed as dated below, nunc pro tunc to 02/01/1995 the date or original creation of trust.

NOTICE TO AGENT IS [imputed] NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [UCC. § 1-201(19) UCC § 1-203; UCC § 1-202].

This Affidavit is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e.. "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18."] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

Trustee/Secured Party: Amos-Blank: Miller
All Rights Reserved. Without Prejudice. [UCC 1-308]

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature
Address:

On the county at Large, riverside
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

Second Witness Signature
Address:

S.T. Rice, J.D. [#86082] Fed. Tr. Cir. Ct.
On the county at Large, riverside
Non-Domestic
c/o: 28039 Scott Road, Unit D-350
Murrieta, California [92563]

---

| W8BEN Affidavit | Item# 10161977-ABM-W8BEN |
|---|---|

Tracking No. 7020 1290 0001 9576 8540

TO: Secretary of the Treasury / I.M.F.      **PRIVATE REGISTERED**
C/O DEPARTMENT DE HACIENDA      **BOND FOR INVESTMENT**
P.O. BOX 9024140,                              Value of Bond is: $100,000,000.00
SAN JUAN, PR 00902-4140                ONE HUNDRED MILLION U.S. DOLLARS

**PRIVATE REGISTERED SELF BACKED BOND BASED ON FUTURE EARNINGS IN RE:
LIVE BIRTH 122292-1977/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 for Investment at the discretion of the Secretary of the
Treasury/U.S. DEPARTMENT OF THE TREASURY as Fiduciary**

**Attention:** Fiduciary/Receiver:

  The below Undersigned Principal, Amos-Blank: Miller on behalf of the AMOS BLANK MILLER
ESTATE/TRUST, herewith includes proof of the original issued instrument for basis of future value predicated
on Certificate of Live Birth under Number 122292-1977. Current value accepted and issued as credit as
indicated at the same amount as this bond. All endorsements front and back, to be attached to the original. The
Undersigned Principal being the only known legitimate party having ameliorated value into aforesaid, contributing
of the credit assured therein.
Tendered in accordance with all applicable laws including but not limited to UCC 1-104 and Public Law
73-10 and Chap. 48, 48 Stat. 112.

### ᕙᕗ BOND ORDER ᕙᕗ

   You are hereby directed to utilize said credit (asset funds) for sound investment purposes not including games of
speculation. This bond valued at ONE HUNDRED MILLION ($100,000,000) is issued to the treasury with a
maturity date of 100 years hence bearing 1% interest per annum for a full value of $100,000,000 at maturity date.
This credit we issue with guarantee of ONE HUNDRED MILLION DOLLARS ($100,000,000) to the treasury
that we make with no request for money up front. In return we would like the treasury to use the credit of ONE
HUNDRED MILLION DOLLARS ($100,000,000) to make investment(s) of at least 2% per annum in safe non-
speculative investments, 1% of which will be held on account or reinvested to continue to accrue and roll over to
cover the bonds value at maturity. Please also note the below Trust Name & Address to be used for anything over
the 1% per annum divisible on biannual basis accordingly available after the first term from the date of receipt
indicated on the green card return receipt from acceptance. Please send overages in the form of a check for use by
the trust in operations and other investments. This agreement creates full security of the funds as you are guaranteed
to be paid as they will accrue in your control, furthermore we will also pledge the current and future assets of the
trust as a guarantee of payment in full upon maturity or if it pleases the treasury to reissue another bond on the
same basis. This Bond shall be ledgered as an asset to mature in One-Hundred (100) years from the date of issuance.
   The Secretary of the Treasury shall have Thirty (30) days from the date of receipt of this Bond, as witnessed by
the date of receipt of sending, to dishonor this Bond by returning this Bond to the Principal at the address below
by mail verified by return receipt, with an explanation of all deficiencies. Failure to return the Bond as stated shall
constitute Acceptance and Honoring of this Bond.
   All overages held and not distributed may be used at the discretion of
AMOS BLANK MILLER          ESTATE/TRUST      for    set-off    of    any    private,
commercial, corporate or Public bills, taxes, debts, money claims, demand(s) for payment(s) and the
like, used in any regular course of business affairs as well as backing for lending at
institutions for lines    of credit,    to    transmit   electronic   telex '   or    other   instruction   to
the    vendor/creditor   to    remove 'ledgered   debt'   from   their books   or   for   discharge/set off   for
adjustment of account for settlement and/or closure. Void where prohibited by law.

This instrument is backed by the full
faith and credit of AMOS BLANK
MILLER TRUST©

Trustee/Secured Party: *Amos - Blank : Miller*

on behalf of *AMOS BLANK MILLER*                                *LPOA*          Item 10061977-ABM-PRB
c/o 648 MILL CREEK SCHOOL ROAD
BIRD-IN-HAND, PENNSYLVANIA [17505]

EXHIBIT "B"

COPY OF DISCHARGED BIRTH CERTIFICATE

SENT TO U.S. TREASURY AND CALIFORNIA ATTORNEY GENERAL



**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**

## VITAL RECORDS

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

# Certification of Birth

Date of Birth: **OCTOBER 16, 1977**

State File Number: **122292-1977**

Date Issued: **JUNE 18, 2012**

Date Filed: **OCTOBER 26, 1977**

Name: **AMOS BLANK MILLER**

Sex: **MALE**

Place of Birth: **LANCASTER COUNTY**

Mother's Maiden Name: **KATIE ESH BLANK**

Father's Name: **JACOB LAPP MILLER**

DISCHARGED

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Marina O'Reilly Matthew*

**Marina O'Reilly Matthew**
State Registrar



THE DOCUMENT FACE CONTAINS A YELLOW BACKGROUND AND EMBOSSED SEAL
THE BACK CONTAINS SPECIAL LINES WITH TEXT

H105.105 10 Rev. (4-2012)

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER
DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK

0000156749

**Colorado Secretary of State**
Date and Time: 03/30/2022 03:08:21 PM
Master ID: 20222032048
Validation Number: 20222032094
Amount: $8.00

## Initial Financing Statement

File #: 20222032048        File Date: 03/30/2022 01:57:03 PM        Filing office: Secretary of State

This amendment is an assignment.

### Debtor: (Organization) - Added

Name: Amos B. Miller
Address1: Home Birth
Address2: Mill Creek School Road
City: Bird-in-Hand        State: PA        ZIP/Postal Code: 17505
Province:        Country: United States

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Amos Blank Miller
Address1: PENNSYLVANIA SECRETARY OF STATE
Address2: 302 North Office Building, 401 North Street
City: Harrisburg        State: PA        ZIP/Postal Code: 17120
Province:        Country: United States

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: Amos Miller
Address1: PENNSYLVANIA SECRETARY OF STATE
Address2: 302 North Office Building, 401 North Street
City: Harrisburg        State: PA        ZIP/Postal Code: 17120
Province:        Country: United States

Collateral is held in a Trust.

### Debtor: (Organization) - Added

Name: MILLER BABY BOY
Address1: Amish Home Birth
Address2: Mill Creek School Road
City: Bird-in-Hand        State: PA        ZIP/Postal Code: 17505
Province:        Country: United States

Collateral is held in a Trust.

## Assignor (Individual)

Last name: Miller        First name: Amos        Middle name: Blank        Suffix:
Address1: c/o: 648 Mill Creek School Road
Address2:
City: Bird-in-Hand        State: PA        ZIP/Postal Code: [17505]
Province:        Country: United States

## Assignor (Individual)

Last name: Miller          First name: Amos          Middle name: Blank          Suffix:
Address1: c/o: 648 Mill Creek School Road
Address2:
City: Bird-in-Hand          State: PA          ZIP/Postal Code: [17505]
Province:          Country: United States

## Collateral

This amendment adds collateral

**Description:**

All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

## Optional Information

### Optional filer reference data/miscellaneous information:

see attached images, and Legal Notice & Demand

## Authorizing Party (Secured Party): (Individual)

Last name: Miller          First name: Amos          Middle name: Blank          Suffix:
Address1: c/o: 648 Mill Creek School Road
Address2:
City: Bird-in-Hand          State: PA          ZIP/Postal Code: [17505]
Province:          Country: United States

**UCC Financing Statement Amendment/Assignment**

Current Record: Master ID: 20222032048
Validation Number:

**Debtor: (Organization)**
Amos B. Miller
Amish Home Birth
Mill Creek School Road
Bird-In-Hand, Pennsylvania 17505

**Debtor: (Organization)**
Amos Blank Miller
PENNSYLVANIA SECRETARY OF STATE
302 North Office Building, 401 North Street
Harrisburg, Pennsylvania 17120

**Debtor: (Organization)**
Amos Miller
PENNSYLVANIA SECRETARY OF STATE
302 North Office Building, 401 North Street
Harrisburg, Pennsylvania 17120

**Debtor: (Organization)**
MILLER BABY BOY
Amish Home Birth
Mill Creek School Road
Bird-in-Hand, Pennsylvania 17505

**Secured Party: (Organization)**
Amos-Blank: Miller
c/o: 648 Mill Creek School Road
Bird-in-Hand, Pennsylvania [17505]

**Collateral:**
**Description:**
All property belonging to the Debtor/Bailey belongs to the Secured Party/Bailor. Being age of majority, Secured Party exercises claim in recoupment for pledge and grant of bailment of person birth certificate, and all property (credit/value of a living soul) in state of infancy accepted by and delivered to debtors/bailees as consideration for active bailment by secured party. All property and persona of Secured Party are subject to claims and defenses by secured party. Declaration of Independence for the protection and defense of these self-evident truth, and; State as administrator and usufructuary, and; Secured Party retains quiet enjoyment of property and persons with care and maintenance provided by usufructuary.

**Real estate information:**

This finance statement covers as-extracted collateral.

Description of the real estate covered by this financing statement:
Reference **Pennsylvania** state file number/local registration district and certificate number **122292-1977**;
And all claims made in the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA, case number **19-1435** by UNITED STATES OF AMERICA versus/against MILLER'S ORGANIC FARM and AMOS MILLER;
and all claims made by the **STATE OF PENNSYLVANIA, DEPARTMENT OF REVENUE, INTERNAL REVENUE SERVICE, UNITED STATES TREASURY, UNITED STATES DEPARTMENT OF AGRICULTURE, and STATE OF PENNSYLVANIA, DEPARTMENT OF AGRICULTURE** against **AMOS BLANK MILLER**.

**Name of a record owner of above-described real estate (if debtor does not have a record interest):**
Organization: State of Pennsylvania
Address1: Division of Vital Records
Address2: P.O. Box 1528, New Castle, Pennsylvania 16103

**Alternative Designation:**
In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

**Optional filer reference data/miscellaneous information:**
Debtor is a Trustee acting with respect property held in Trust.

EXHIBIT "C"

AFFIDAVIT OF TRUTH

AFFIDAVIT OF TRUTH

"Indeed no more than (Affidavits) is necessary

To make the **prima facie case**." United States v.

Kis, 658 F 2nd, 526, 536, (7th Cir. 1981; Cert;

Denied, 50 .U.S. L.W. 2169; S. Ct March 22.1982

That I, Amos Blank Miller©, a living breathing man, being duly sworn, depose and say and declare by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

That the Affiant is a flesh and blood man and is Secured Party Creditor in a collective capacity with other Secured Party Creditor.

That, the Affiant's rights "... existed by law of the land antecedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43).

That, the Affiant's rights exist even in the light of the U.S. Bankruptcy: aka **The National Emergency** and that **includes the right of redemption.**

That, Affiant is "of the people" and is above the corporate government called "State of CALIFORNIA"/UNITED STATES OF AMERICA, operating in a **de-facto-bankrupt capacity/status.**

That, Affiant filed a U.C.C. Financing Statement (UCC-1) U.C.C. Filing 202220332048, **to perfect a Security interest to initiate redemption as a matter of right.**

That, the Affiant caused to be filed a Security Interest and Lien upon the property of the DEBTOR and in the DEBTOR'S, name filed in line and first in time, over and above the State of CALIFORNIA/UNITED STATES OF AMERICA and that **all property is exempt from levy.**

That the STATE OF CALIFORNIA/UNITED STATES OF AMERICA, cannot show nor provide a superior interest in said property and/or Instruments upon the Security Agreement held by the Affiant. (See for reference: Wynhammer v. People, NY 378.)

That, the Affiant/Secured Party is flesh and blood and the corporate fiction/DEBTOR/ ENS legis as appearing upon any UCC filing is "artificial" and was created in the contemplation of law (commerce) **AS THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.**

1

That, any discrimination or injury caused by the STATE OF CALIFORNIA/UNITED STATES OF AMERICA and/or Agent(s) to recognize the two distinct entities, the real one and the other "artificial" **agrees** to such **injuries** and to the **associated damages as established by the Affiant and the State, by and through its Agent's by said agreement by said agreement, is estopped from defense or rebuttal in the matter and AGREES that the Affiant may proceed by Tort for Damages**.

That, this Affiant if not rebutted point for point by Any Agent, representing **the State of CALIFORNIA/UNITED STATES OF AMERICA,** at any level, **in any matter**, within (15) days upon receipt**, these facts stand as True in both the private and public record... AS TRUE.**

**NOTE:** Maxim of Law; 1; In Commerce-Truth is Sovereign.  2. for a matter to be resolved. It must be expressed. 3. Point of Law; Silence equates to agreement.

Further Affiant Sayth Not.

Executed by my own hand on this 18 day of April 2022.

"without prejudice"

Amos Blank Miller©   © Affiant, Authorized Representative

Attorney-In-Fact

In behalf of AMOS BLANK MILLER©, ENS legis

2

EXHIBIT "D"

COPY OF DISCHARGED BONDS

# BID BOND

*(See instructions on reverse)*

| | |
|---|---|
| DATE BOND EXECUTED *(Must not be later than bid opening date)*<br>04/04/2019 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

Amos Blank Miller

601 Market Street

Philadelphia, Pennsylvania [19106]

**TYPE OF ORGANIZATION** *("X" one)*

[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE

[ ] CORPORATION  [ ] OTHER *(Specify)*

STATE OF INCORPORATION

Pennsylvania - 122292-1977

**SURETY(IES)** *(Name and business address)*

Amos Blank Miller

Depository Trust Company

55 Water St. New York, New York [10041-0099]

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER  19-1435 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR *(Construction, Supplies or Services)* | |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE,**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

## PRINCIPAL

| | 1. *Amos Blank Miller* (Seal) | Comm of PA Lancaster Co Acknowledged before me this 16th day of April 2022 by Amos Blank Miller (Seal) | Corporate Seal |
|---|---|---|---|
| SIGNATURE(S) | | | |
| NAME(S) & TITLE(S) *(Typed)* | *AMOS BLANK MILLER* | 2. *Reba Ranck*<br>Commonwealth of Pennsylvania - Notary Seal<br>Reba Ranck, Notary Public<br>Lancaster County<br>My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries | |

### INDIVIDUAL SURETY(IES)

| | 1. *Amos Blank Miller* | Comm of PA Lancaster Co Acknowledged before me this 16th day of April 2022 by Amos Blank Miller (Seal) | |
|---|---|---|---|
| SIGNATURE(S) | | | |
| NAME(S) *(Typed)* | *AMOS BLANK MILLER* | *Reba Ranck* Commonwealth of Pennsylvania - Notary Seal<br>Reba Ranck, Notary Public<br>Lancaster County<br>My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($'s) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 24 (REV. 8/2016)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24 (REV. 8/2016) BACK**

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED *(Must be same or later than date of contract)* 04/04/2019 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* Amos Blank Miller 601 Market Street Philadelphia, Pennsylvania [19106] | TYPE OF ORGANIZATION *("X" one)* [X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE [ ] CORPORATION   [ ] OTHER *(Specify)* |
|---|---|

STATE OF INCORPORATION
Pennsylvania - 122292-1977

| SURETY(IES) *(Name(s) and business address(es))* Depository Trust Company 55 Water St. New York, New York [10041-0099] | PENAL SUM OF BOND |
|---|---|

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE 04/04/2019 | CONTRACT NUMBER 19-1435 |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Amos Blank Miller* (Seal) | 2. Comm of PA Lancaster Co Acknowledged before me this 16th day of April 2022 by Amos Blank Miller (Seal) *Reba Ranck* | Corporate Commonwealth of Pennsylvania - Notary Seal Reba Ranck, Notary Public Lancaster County My commission expires May 18, 2022 Commission number 1134077 Member, Pennsylvania Association of Notaries |
| NAME(S) & TITLE(S) *(Typed)* | 1. AMOS BLANK MILLER | | |
| | INDIVIDUAL SURETY(IES) | | |
| SIGNATURE(S) | 1. *Amos Blank Miller* | 2. Comm of PA Lancaster Co Acknowledged before me this 16th dao of April 2022 by Amos Blank Miller *Reba Ranck* | (Seal) |
| NAME(S) *(Typed)* | 1. AMOS BLANK MILLER | | Commonwealth of Pennsylvania - Notary Seal Reba Ranck, Notary Public Lancaster County My commission expires May 18, 2022 Commission number 1134077 Member, Pennsylvania Association of Notaries |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | | 2. |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

### INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) BACK

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | |
|---|---|---|
| Pennsylvania | Lancaster | **SS.** |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2A. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* | |
|---|---|---|
| Amos Blank Miller | | |

| 3. TYPE AND DURATION OF OCCUPATION | | |
|---|---|---|
| Surety/Lifetime | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |

| 4A. NAME AND ADDRESS OF EMPLOYER *(Number, Street, City, State, ZIP Code) (If self-employed, so state)* | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Self Employed/Pennsylvania | Depository Trust Company<br>55 Water St.<br>New York, New York [10041-0099] |
| | 5B. SURETY BROKER EMAIL ADDRESS |

| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |
|---|---|---|

| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY *(Number, Street, City, State, ZIP Code)* | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
|---|---|---|
| | 6D. CONTACT PERSON NAME | 6E. CONTACT PERSON TELEPHONE NUMBER |
| | 6F. CONTACT PERSON EMAIL ADDRESS | |

7.  THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY)*

19-1435 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

Birth Certificate - Pennsylvania - 122292-1977 and Social Security - 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; Bond Number D01659710; Non-Negotiable set off 122292-1977; Deposited with the Unites States Treasury

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 28 (REV. 2/2021)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

United States District Court, Eastern District of Pennsylvania, Attn: Clerk;  19-1435 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Bid Bond issued by United States District Court, Eastern District of Pennsylvania, Attn: Clerk; 19-1435 - See GSA FORMS; sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|
| *Anna Blank Miller* | |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* | |
|---|---|---|---|---|
| MONTH | DAY | YEAR | Lancaster Co, PA | Commonwealth of Pennsylvania - Notary Seal |
| 4 | 10 | 20 22 | | Reba Ranck, Notary Public |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | | | d. SIGNATURE | Lancaster County |
| *Reba Ranck* | | | *Reba Ranck* | My commission expires May 18, 2022 |
| | | | | Commission number 134077 |
| | | | | e. MY COMMISSION EXPIRES |
| | | | | 5/18/22 |
| | | | | Member, Pennsylvania Association of Notaries |

STANDARD FORM 28 (REV. 2/2021) PAGE 2

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 04/04/2019 | **OMB Control Number: 9000-0045** Expiration Date: 8/31/2022 |
| --- | --- | --- |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* Amos Blank Miller 601 Market Street Philadelphia,  Pennsylvania [19106] | TYPE OF ORGANIZATION *("X" one)* [X] INDIVIDUAL   [ ] PARTNERSHIP [ ] JOINT VENTURE   [ ] CORPORATION STATE OF INCORPORATION Pennsylvania - 122292-1977 | |

| SURETY(IES) *(Name(s) and business address(es))* Amos Blank Miller Depository Trust Company 55 Water St. New York, New York [10041-0099] | PENAL SUM OF BOND | | | |
| --- | --- | --- | --- | --- |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 04/04/2019 | | CONTRACT NUMBER 19-1435 | |
| | OPTION DATE | | OPTION NUMBER | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum.  For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally   However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety.  If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made.  Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options.  The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | |
| --- | --- | --- |
| SIGNATURE(S) | 1. *Amos Blank Miller* (Seal) | 2. Comm of PA Lancaster Co. Acknowledged before me this 16 day of April 2022 by Amos Blank Miller (Seal)  Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. AMOS BLANK MILLER | 2. *Reba Ranck* Reba Ranck, Notary Public Lancaster County My commission expires May 18, 2022 Commission number 1134077 Member, Pennsylvania Association of Notaries |

| INDIVIDUAL SURETY(IES) | | |
| --- | --- | --- |
| SIGNATURE(S) | 1. *Amos Blank Miller* | Comm of PA Lancaster Co. Acknowledged before me this 16th day of April 2022 by Amos  Blank Miller (Seal) |
| NAME(S) *(Typed)* | 1. AMOS BLANK MILLER | *Reba Ranck* Reba Ranck, Notary Public Lancaster County My commission expires May 18, 2022 Commission number 1134077 |

| | CORPORATE SURETY(IES) | | | |
| --- | --- | --- | --- | --- |
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

| AUTHORIZED FOR LOCAL REPRODUCTION *Previous edition is NOT usable* | **STANDARD FORM 1418 (REV. 2/1999)** Prescribed by GSA-FAR (48 CFR) 53.228(b) |
| --- | --- |

| | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY C** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY D** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY E** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY F** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |
| **SURETY G** | NAME & ADDRESS | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2/1999) **BACK**

| REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND<br>*(See instructions on reverse)* | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY*<br><br>Amos Blank Miller<br>601 Market Street<br>Philadelphia, Pennsylvania [19106] | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT<br>04/04/2019<br>1B. STATE OF INCORPORATION<br><br>Pennsylvania - 122292-1977 |
|---|---|
| 2. REINSURING COMPANY*<br><br>Depository Trust Company<br>55 Water St.<br>New York, New York [10041-0099] | 2A. AMOUNT OF THIS REINSURANCE ($)<br><br>2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>04/04/2019<br>2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |
| 3B. CONTRACT DATE    3C. CONTRACT NUMBER | 4B. DATE OF BOND    4C. BOND NUMBER |
| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.     (Over)

| AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable* | STANDARD FORM 273 (REV. 4/2013)<br>Prescribed by GSA - FAR (48 CFR) 53.228(h) |
|---|---|

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE<br><br>*Amos Blank Miller* | (2) ATTEST: SIGNATURE Comm of PA Lancaster Co<br>Attested before me this 16 day of<br>April 2022 by Amos Blank Miller | Corporate Notary Seal<br>Erin Ranck, Notary Public<br>Lancaster County |
| 5B(1) NAME AND TITLE *(Typed)*<br><br>AMOS BLANK MILLER | (2) NAME AND TITLE *(Typed)*<br>*Amos Blank Miller*<br>*Authorized Representative* | My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE<br><br>*Amos Blank Miller* | (2) ATTEST: SIGNATURE Comm of PA Lancaster Co<br>Attested before me this 16th day of<br>April 2022 by Amos Blank Miller of | Corporate Notary Seal<br>Erin Ranck, Notary Public<br>Lancaster County |
| 6B(1) NAME AND TITLE *(Typed)*<br><br>AMOS BLANK MILLER | (2) NAME AND TITLE *(Typed)*<br>*Amos Blank Miller*<br>*Authorized Representative* | My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

| **REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND** *(See instructions on reverse)* | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1 DIRECT WRITING COMPANY* Amos Blank Miller 648 Mill Creek School Rd Bird-in-Hand, Pennsylvania [17505] | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT 04/04/2019 |
|---|---|
| | 1B. STATE OF INCORPORATION Pennsylvania - 122292-1977 |

| 2. REINSURING COMPANY* Depository Trust Company 55 Water St. New York, New York [10041-0099] | 2A. AMOUNT OF THIS REINSURANCE $ |
|---|---|
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT   04/04/2019 |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |

| 3B. CONTRACT DATE | 3C. CONTRACT NUMBER | 4B. DATE OF BOND | 4C. BOND NUMBER |
|---|---|---|---|

| 3D. DESCRIPTION OF CONTRACT Performance Bond Case No: 19-1435 United States District Court, Eastern District of Pennsylvania, Attn: Clerk 601 Market Street Philadelphia,  Pennsylvania [19106] | 4D. PRINCIPAL* Amos Blank Miller 648 Mill Creek School Rd Bird-in-Hand, Pennsylvania [17505] |
|---|---|

| 3E. CONTRACTING AGENCY | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |
|---|---|

AGREEMENT:

   (a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States.  The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute.  The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the  "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

   (b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

   1.  The Reinsuring Company covenants and agrees –

   (a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

   (b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.          *(Over)*

| AUTHORIZED FOR LOCAL REPRODUCTION *Previous edition is NOT usable* | **STANDARD FORM 274 (REV. 4/2013)** Prescribed by GSA - FAR (48 CFR) 53.228(i) |
|---|---|

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be.  The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court.  It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE<br>*Amos Blank Miller* | (2) ATTEST, SIGNATURE<br>*Elva Ranck* | Comm of PA Lancaster Co<br>Acknowledged before me this 16th day<br>of April 2022 by Amos Blank Miller<br>Pennsylvania - Notary Seal<br>Reba Ranck, Notary Public<br>Lancaster County<br>My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries |
| 5B. (1) NAME AND TITLE (Typed)<br>*AMOS BLANK MILLER* | (2) NAME AND TITLE (Typed)<br>*Amos Blank Miller*<br>*Authorized Representati* | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE<br>*Amos Blank Miller* | (2) ATTEST, SIGNATURE<br>*Elva Ranck* | Comm of PA Lancaster Co<br>Acknowledged before me this 16th day<br>of April 2022 by Amos Blank Miller<br>Pennsylvania - Notary Seal<br>Reba Ranck, Notary Public<br>Lancaster County<br>My commission expires May 18, 2022<br>Commission number 1134077<br>Member, Pennsylvania Association of Notaries |
| 6B. (1) NAME AND TITLE (Typed)<br>*AMOS BLANK MILLER*<br>*Account Owner* | (2) NAME AND TITLE (Typed)<br>*Amos Blank Miller*<br>*Authorized Representative* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(i).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

OMB Control Number:  9000-0045
Expiration Date:  8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0045  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC  20405.

| 1 DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Amos Blank Miller | 04/04/2019 |
| 648 Mill Creek School Rd | 1B. STATE OF INCORPORATION |
| Bird-in-Hand, Pennsylvania [17505] | Pennsylvania - 122292-1977 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| Depository Trust Company | |
| 55 Water St. | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| New York, New York [10041-0099] | 04/04/2019 |
| | 2C. STATE OF INCORPORATION |

## 3. DESCRIPTION OF BOND

**3A. DESCRIPTION OF BOND** *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved)*

Payment Bond
Payment Settlement of Contract
United States District Court, Eastern District of Pennsylvania,
Attn: Clerk
601 Market Street
Philadelphia,  Pennsylvania [19106]

**3B. PENAL SUM OF BOND**
$

**3C. DATE OF BOND**
04/04/2019

**3D. BOND NUMBER**
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/D01659710

**3E. PRINCIPAL***
Amos Blank Miller
648 Mill Creek School Rd
Bird-in-Hand, Pennsylvania [17505]

**3F. STATE OF INCORPORATION** *(If Corporate Principal)*

AGREEMENT:

   (a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal.  The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

   (b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

   The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

THEREFORE:

   1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance."  If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

   2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

WITNESS

   The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*
AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

STANDARD FORM 275 (REV. 10/1998)
Prescribed by GSA-FAR (48 CFR) 53.228(j)

**4. DIRECT WRITING COMPANY**

| 4A.(1) SIGNATURE | (2). ATTEST SIGNATURE |
|---|---|
| *Amos Blank Miller* | Comm of PA Lancaster Co<br>Attested before me this 16th day of<br>April 2022 by Amos Blank Miller |
| **4B.(1) NAME AND TITLE** *(Typed)* | **4B.(2). NAME AND TITLE** *(Typed)* |
| AMOS BLANK MILLER | *Amos Blank Miller*<br>*Authorized representative* |

Commonwealth of Pennsylvania - Notary s
Reba Ranck, Notary Public
Lancaster County
My commission expires May 18, 2022
Commission number 1134077
Member, Pennsylvania Association of Notar

**5. REINSURING COMPANY**

| 5A.(1) SIGNATURE | (2). ATTEST SIGNATURE |
|---|---|
| *Amos Blank Miller* | Comm of PA Lancaster Co<br>Attested before me this 16th day of<br>April by Amos Blank Miller |
| **5B.(1) NAME AND TITLE** *(Typed)* | **5B.(2). NAME AND TITLE** *(Typed)* |
| AMOS BLANK MILLER<br>account Owner | *Amos Blank Miller*<br>*Authorized representative* |

Commonwealth of Pennsylvania - Notary Se
Reba Ranck, Notary Public
Lancaster County
My commission expires May 18, 2022
Commission number 1134077
Member, Pennsylvania Association of Notarie

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds.  See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1).  If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____ Amos Blank Miller _____, of _____ Pennsylvania - 122292-1977 _____, by a bond
                              (Name)                                    (Place of Residence)
for the performance of U.S. Government Contract Number _____ 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 _____,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number _____ 19-1435 _____ on deposit

at _____ United States District Court, Eastern District of Pennsylvania, Attn: Clerk _____
                              (Name of Financial Institution)

located at _____ 601 Market Street  Philadelphia,  Pennsylvania [19106] _____, and
                              (Address of Financial Institution)

Whereas I, _____ Amos Blank of the Miller family _____, being a duly authorized
representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

    United States District Court, Eastern District of Pennsylvania, Attn: Clerk; 19-1435- See GSA FORMS;
    sf 24; sf 25A; sf 28; sf 273; sf 274; sf 275 and 91.


and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

United States District Court, Eastern District of Pennsylvania, Attn: Clerk .
                              (Name of Financial Institution)

Comm of PA  Lancaster  Co
Acknowledged before me this 16 day of
April 2022 by Amos Blank Miller

[Date]

    Commonwealth of Pennsylvania - Notary seal
    Reba Ranck, Notary Public
    Lancaster County
    My commission expires May 18, 2022
    Commission number 1134077
    Member, Pennsylvania Association of Notaries

[Signature]

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91  (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)



# UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**

## FOR DOMESTIC AND INTERNATIONAL USE
### PLACE MAILING LABEL HERE



PRIORITY MAIL EXPRESS®

**PADDED FLAT RATE ENVELOPE**
ONE RATE

- Guarante...
- USPS Tr...
- Insuranc...
- Pick up a...
- Money back...
- Money Back...

PS1000000...




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13PE © U.S. Postal Service; February 2020. All rights reserved.

▲ **PEEL FROM THIS CORNER**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 717 ) 556-0672

Amos Blank Miller
% 648 Mill Creek School Rd
Bird-in-Hand, PA 17505

1435

**DELIVERY OPTIONS** (Customer Use Only)

- ☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE (       )

U.S.D.C. Eastern District of PA
ATTN: Clerk
601 Market St
Philadelphia, PA
1 9 1 0 6 —

ZIP + 4® (U.S. ADDRESSES ONLY)

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**USPS Corporate Acct. No.**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    Day of Delivery    Scheduled Delivery Date (MM/DD/YY)    Postage
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO    $

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
☐ 12:00 PM  ☐ 3:00 PM    $    $

Time Accepted    $ 8.30 AM    10:30 AM    Delivery Time    Return Receipt Fee    Live Animal Transportation Fee
☐ AM  ☐ PM    ☐ AM  ☐ PM    $ 7.15    $ 7.50

Special Handling/Fragile    Sunday/Holiday Premium Fee    Total Postage & Fees
$    $    $ 27.50

Weight    Flat Rate    Acceptance Employee Initials
lbs.    oz.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com® or call 800-222-1811.
■ $100.00 insurance included.



USPS TRACKING #
EI 227 005 554 US



U.S. POSTAGE PAID
PME 1-DAY
17443
APO, PA
APO, US    $27.50
R2304M111889-04

1435