IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1435 |
| v. | : | |
| MILLER'S ORGANIC FARM and AMOS MILLER, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of April, 2022, due to a scheduling conflict, it is hereby **ORDERED** as follows:

1. The on-the-record telephone status conference with counsel and the defendant, Amos Miller, scheduled for Friday, April 22, 2022, at 12:30 p.m. is **RESCHEDULED** to **Friday, April 22, 2022,** at **2:00 p.m.** Counsel for the parties and Amos Miller shall call 1-866-434-5269 and use access code 3623011# to enter the conference call to enter the conference call;[1]

2. Attorney Lafuente shall promptly serve a copy of this order upon the defendants; and

3. The clerk of court shall **MAIL** a copy of this order to Amos Miller at 648 Millcreek School Road, Bird-In-Hand, Pennsylvania 17505.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The court will monitor the conference line at 12:30 p.m. In the event that Mr. Miller calls in at 12:30 p.m., he will be notified to call back at 2:00 p.m.