IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1435 |
| v. | : | |
| MILLER'S ORGANIC FARM and AMOS MILLER, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of April, 2022, after a telephone conference with counsel for the government, counsel for Miller's Organic Farm, Steven Lafuente, Esquire, the defendant, Amos Miller, the court's appointed expert, George Lapsley, and several government agents; and the defendant, Amos Miller, having represented to the court that he will comply with the court's February 7, 2022 order (Doc. No. 143) by, among other things, making an immediate good faith payment of $50,000 into the court's registry and $55,065.72 to reimburse FSIS, for a total of $105,065.72; accordingly, it is hereby **ORDERED** as follows:

1. The defendants shall make an **immediate** good faith payment of $50,000 into the registry of the court and $55,065.72 to the United States Attorney's Office for the Eastern District of Pennsylvania to reimburse the costs incurred by FSIS, for a total payment of $105,065.72;[1] and

2. If any issues arise regarding this payment, Attorney Lafuente shall promptly alert the court.

---

[1] Attorney Lafuente confirmed during the hearing that he would advise Mr. Miller on how and where to submit these payments.

3. The court will hold an on-the-record telephone status conference with counsel and the defendant, Amos Miller, on **Friday**, **May 6, 2022,** at **2:30 p.m.** Counsel and Amos Miller shall call 1-866-434-5269 and use access code 3623011# to enter the conference call;

4. Attorney Lafuente shall promptly serve a copy of this order upon the defendants; and

5. The clerk of court shall **MAIL** a copy of this order to Amos Miller at 648 Millcreek School Road, Bird-In-Hand, Pennsylvania 17505.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.