

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA
17543
APR 26, 22
AMOUNT
$26.95
R2304M111689-04

# PRIORITY MAIL EXPRESS®

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

FLAT RATE ENVELOPE
ONE RATE ■ ANY



RECEIVED APR 27 2022

U.S.M.S. X-RAY

**UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®**

EI 227 005 497 US

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( 717-556-0672 )

Amos B Miller
℅ 648 Mill Creek School Rd
Bird-in-Hand, PA 17505

Interlocutory Appeal

☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT)
US District Court Eastern PA
601 Market St ATTN Clerk of Courts
Philadelphia PA
ZIP+4: 19106

PO ZIP Code: 19518
Date Accepted: 4/26/22
Time Accepted: 4:00 PM
Scheduled Delivery Date: 4/27/22
Scheduled Delivery Time: 3:00 PM
Postage: $26.95
Total Postage & Fees: $26.95

Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 19-1435** |
|     Plaintiff, ) | |
|     v. ) | **Notice of Interlocutory Appeal** |
| MILLER'S ORGANIC FARM ) | |
| AMOS MILLER, ) | |
|     Defendant. ) | |
| _____ ) | |
| Amos: Miller, Real Party in ) | |
| Interest (RPII) ) | |
| _____ ) | |

CAUSE NO: 19-1435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

PUBLIC NOTICE, HONORABLE CLARIFICATIONS

# Notice of Interlocutory Appeal

Comes Now, Amos Miller, In Propria Persona, the Defendant/RPII in the above titled cause; 19-1435, and hereby notices the Clerk of Court of Interlocutory Appeal, in regard to Judge's comment(s) on Friday April 22, 2022, telephonic hearing, that the bonds in the Affidavit of Notice have no value. **Judge is in error.** Judge was acting irrationally and beyond the confines of Public Policy.

[(Amos Miller) Lodgment of New Business Structure 220424], Page 1 of 4

Interlocutory is a legal term which can refer to an order, sentence, decree, or judgment, [or determination] given in an intermediate stage between the commencement and conclusion of a cause of action, used to provide a temporary or provisional decision on an issue. Thus, an interlocutory order is not final and is not subject to immediate appeal.

RPII requests that Clerk of Court provide RPII a copy of the recording of said telephonic hearing and hold all other determinations of said court as said comment and Affidavit of Notice is critical to the Rights, duties, and liabilities of all parties involved in this case.

Any further actions by any of The Parties could be construed as criminal actions as the Affidavit of Notice with bonds attached discharging all outstanding liabilities by RPII in his capacity as Holder-in-Due-Course, Secured Party Creditor, Principal Owner of the AMOS BLANK MILLER Estate is a matter of record with no less than four United States Treasury offices, the International Monetary Fund, his birth state, the Securities and Exchange Commission (data collected), and the deposit with the United States Treasurer (Puerto Rico). ANY ACTIONS taken by ANY PARTIES to take, seize, levy, lien, etc. any property in this legal relation is a question of title, of which RPII has ALL RIGHT, TITLE, AND INTEREST in said legal relations.

An interlocutory appeal on said subject matter will end that issue.

Respectfully submitted this 25th day of April 2022.

*/s/ Amos Miller/*

Amos: Miller, living man
Real Party in Interest (RPII)
Holder-in-Due-Course,
Secured Party Creditor

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

    United States District Court
    Attn: Clerk of Court
    601 Market Street
    Philadelphia, Pennsylvania 19106
    USPS Certified Mail __EI 227 005 497 US__

And one copy via Certified U.S. Mail addressed as follows on or about this _26_ day of April 2022;

    GERALD B. SULLIVAN
    ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
    615 CHESTNUT ST., STE. 1250
    PHILADELPHIA, PA 19106-4476
    USPS Certified Mail __EI 227 005 523 US__

*/s/ Amos Miller*
Amos: Miller, living man
Real Party in Interest (RPII)