

FROM: Amos B Muller
C/o 648 Mill Creek School Rd
Bird in Hand, PA 17505
PHONE: 717-556-0672

Motion to Dismiss

TO: US District Court Eastern PA
601 Market St ATTN Clerk of Courts
Philadelphia PA
ZIP: 19106

RECEIVED APR 27 2022

USPS Postage Paid $26.95 — PME 1-Day, LITITZ, PA 17543, APR 26 22

Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 19-1435 |
| Plaintiff, ) | |
| v. ) | Motion to Dismiss Counsel of Record |
| MILLER'S ORGANIC FARM ) | |
| AMOS MILLER, ) | |
| Defendant. ) | |
| _____ ) | |
| Amos: Miller, Real Party in ) | |
| Interest (RPII) ) | |

CAUSE NO: 19-1435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS

# MOTION TO DISMISS COUNSEL OF RECORD

Comes Now, Amos Miller, In Propria Persona, the Defendant in the above titled cause; 19-1435, and moves this court for the following order.

The defendant in the above-titled cause 19-1435 now comes before this Honorable Court to dismiss counsel of record and/or Stand in Counsel. It is the full and competent understanding of this defendant that I have the right under the Criminal Rules of

[(Amos Miller) Motion to Dismiss Counsel of Record 220424], Page 1 of 4

the Court to represent himself at any given time, see Faretta v. California, 422 U.S. 806 (1975). The Court cannot dismiss Counsel in a Criminal prosecution and/or proceeding without the express recognition and agreement of the defendant and defendant's counsel of record.

This Motion serves as recognition, and it is the official request of the defendant in the entitled case. Based on the Motion, the defendant requests that the court

**ORDER THE DISMISSAL OF:**

**STEVEN LAFUENTE**
THE LAFUENTE LAW FIRM, PLLC
THANKSGIVING TOWER
1601 ELM STREET
FLOOR 33
DALLAS, TX 75201
214-886-6864
Email: lafuentelaw@gmail.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

from the time they accepted membership in the state Bar of TEXAS, their citizenship is void accepting the "honour" incapable of holding any office and/or trust or profit. Having Sworn to Oath to a foreign power, their lawful status is that of Alien(s) as articulated in Title 8, U.S.C.A, Section 1101(a)(3). It has been confirmed by people of Congress that the officials are hiding behind their FOREIGN SOVEREIGN IMMUNITY ACT. This can be validated under Rule 4 J, of the Federal Rules of Civil Procedure that all of the OFFICIALS IN THIS COUNTRY ARE ACTING

UNDER A FOREIGN STATE. THEY ARE OPERATING OUTSIDE OF THE JURISDICTION OF THE UNITED STATES.

I also hereby waive and/or terminate any/all "stand by counsel" past, present and future. I hereby waive all benefits from this court forevermore.

Furthermore, defendant requests that this court record for the record for Cause 19-1435.

     Respectfully submitted this 25th day of April 2022.

*[signature]*

Amos: Miller, living man
Real Party in Interest (RPII)
Holder-in-Due-Course,
Secured Party Creditor

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

    United States District Court
    Attn: Clerk of Court
    601 Market Street
    Philadelphia, Pennsylvania 19106
    USPS Certified Mail   EI 227 005 506 US

And one copy via Certified U.S. Mail addressed as follows on or about this 26 day of April 2022;

    GERALD B. SULLIVAN
    ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
    615 CHESTNUT ST., STE. 1250
    PHILADELPHIA, PA 19106-4476
    USPS Certified Mail   EI 227 005 510 US

And one copy via Certified U.S. Mail addressed as follows on or about this 26 day of April 2022;

    STEVEN LAFUENTE
    THE LAFUENTE LAW FIRM, PLLC
    THANKSGIVING TOWER
    1601 ELM STREET
    FLOOR 33
    DALLAS, TX 75201
    USPS Certified Mail   7021 2720 0901 0919 4757

*/s/ Amos Miller*
Amos: Miller, living man
Real Party in Interest (RPII)