Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) Case No.: 19-1435 |
|---|---|
| Plaintiff, | ) |
| v. | ) Notice of Premises of |
| MILLER'S ORGANIC FARM | ) Penhallow v. Doane's |
| AMOS MILLER, | ) Administrators |
| Defendant. | ) |
| _____ | ) |
| Amos: Miller, Real Party in | ) |
| Interest (RPII) | ) |

CAUSE NO: 19-1435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS

# Notice of Premises of

# Penhallow v. Doane's Administrators

The Court, Judge, respondent, all Bar members involved in this case, and all applicable Law Enforcement admit, acknowledge, and stipulate, that the following premises are true and correct.

**Penhallow v. Doane's Administrators** 1 L Ed 507, 3 Dall 54, headnotes - Classified to U.S. Supreme Court Digest, Lawyers' Edition

Congress, before and after the articles of confederation, had authority to institute a Court of Appeals, with jurisdiction to hear and determine all appeals from courts of Admiralty in their respective states, in cases of capture page 79 to 85, 91, 109, 113, Penhallow, supra.

Being the highest court, its decision was final, and could not be opened or reviewed collaterally in another court, as to jurisdiction, or errors, or irregularities page 85, 86, 96, 103, 116, Penhallow, supra.

Congress, during the revolution, had the supreme sovereign power of war and peace page 80, 95, 111.

The district court and jurisdiction of a libel to carry into execution a decree of the Court of Appeals, and a prize case, after the latter court has expired. Page 86, 97, 98.

COURTS DEAL WITH FICTIONS

> "In as much as <u>every government is an artificial person</u>, an abstraction, and a creature of the mind only, a <u>government can interface only with other artificial persons</u>, the imaginary, having neither actuality nor substance, <u>is foreclosed from creating and attaining parity with the tangible</u>. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc., can concern itself with anything other than corporate, artificial persons and the contracts between them."
> S.C.R. 1795, **Penhollow v. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54)**

Since government cannot interface with a live flesh and blood being every so called government had to create artificial persons in which to interface with period thus using each living <u>child's certificate</u> of Live Birth issued by the birthing hospital or

clinic, government created an artificial person by issuing a Birth Certificate in each God created live flesh and blood child name using ALL CAPITAL LETTERS in spelling the child's name. The U.S. Printing Style Manual dictates the use of ALL CAPITAL NAMES as the way to identify a CORPORATION. The birthing hospital or clinic requires the birth mother to fill out and an application for a State issued BIRTH CERTIFICATE for the newborn God created child. Once the application is completed and signed it is sent to the State Health and Human Services - Bureau of Vital Statistics, which then issues an original long form BIRTH CERTIFICATE and the child's name using ALL CAPITAL letters on bank bonded paper provided by American bank Note Company (or Pacific BankNote Company, or applicable BankNote Paper) which becomes a bond the date of issue. We know this to be true because the Securities and Exchange Commission keeps track of the CUSIP value of the Birth Certificate Securitization value.

At the same time the birth mother is tendered the application for BIRTH CERTIFICATE SS-5 Form and is required to fill it out and sign it requesting a Social Security card to be issued in the ALL CAPS NAME of the child. Both of these applications are sent to Health and Human Services - Bureau of Vital Statistics and Records. Once the BIRTH CERTIFICATE is issued by the State, together with the SS-5 Form, they are sent to the U.S. Department of the Treasury.

When the Department of Treasury receives the original long form BIRTH CERTIFICATE and SS-5 Form the BIRTH CERTIFICATE is forwarded to the Department of Commerce and a Corporation is created in the ALL CAPS NAME and returned to the Department of Treasury and the SS-5 Form is forwarded to the Department of Social Security who then, through the International Monetary Fund (IMF) issues a nine digit number known as a Social Security number (e.g. "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"), and then returns this number to the Social Security department which then sends the NAME and IMF number to the Board of Governors of the Federal Reserve Bank and they issue a nine digit alphanumeric number (e.g. "A12345678") and return it to the Department of Social Security who then produces a card in the all caps name and separates the International Monetary Fund number with dashes and places it on the front of the card under the all caps name and places the Federal Reserve Bank alphanumeric number on the back of the card in bold red or blue numbers. This card is then returned to the Department of the Treasury who immediately adds the name and numbers to; 1) "The Public Trust"; 2) "The Global Estate Trust"; and 3) creates an individual Corporate Trust in the ALL CAPS NAME. This individual Trust is known as the Constructive Trust. Since the Certificate of Live Birth is written proof that every God-created, flesh and blood man, woman, and child is a living being from birth, each man, woman and child is a beneficiary to each of these three (3) trusts as the source of each trust. Each

Thereafter, the principle of "Parens patriae" no longer applies and therein the court loses the ability to force a "Bar" member as Attorney for the "Attorner" for ESTATE property transfer as the man in his capacity as HDC, SPC, Principal Owner owns and controls all thereunto pertaining. THEREIN, JUDGE IN THIS CASE IS IN BREACH OF DUTY WHEN HE ASSUMES THAT HE HAS THE AUTHORITY TO FORCE **Mr. Amos Miller** to accept AN ATTORNEY for the Attorney's ATTORNER.

> "Parens Patriae is Latin for 'parent of the nation.' In law, it refers to the public policy power of the state to intervene against an abusive or negligent parent, legal guardian, or informal caretaker, and to act as the parent of any child, individual or animal who is in need of protection. For example, some children, incapacitated individuals, and disabled individuals lack parents who are able and willing to render adequate care, thus requiring state intervention."

Also, for and on the record, I have issue Mr. Thomas Steidel, J.D. (Non-Bar), a Limited Power of Attorney to draft and file (etc.) as stated in said document for business and settlement purposes. However, Mr. Steidel, J.D. is not the lawyer drafting these documents and pursuant to the U.S. Const., Contract, A1, S10, I suffer no impediment and cannot be ordered to disclose my personal legal relations as I am the HDC, SPC. To treat otherwise would be actionable.

For any Judge or any other government actor to attempt to trespass on the property of HDC, SPC, would be a breach of duty and actionable sounding in tort.

As to Bar members the following premises would apply:

The supreme court ruled in **Rabinowitz v. Kennedy**, 376 US 605, 11 L.Ed. 2d 940, 84 S.Ct. 919 (1964), that unless an attorney for a foreign principal (22 USC 613(g)) registers as required by 22 USC 611, 612, he has no standing before any court in the USA. In other words, any B.A.R. member MUST register as a foreign agent before bringing ANY case in a U.S. Court. Otherwise, the act by such attorney/B.A.R. member is void from the outset: U.S. v. Giordano, 416 US 506, 94 S.Ct. 1020; U.S. v. Emerson, 846 F.2d 741; U.S. v. McLaughlin, 851 F.2d 233. See 18 USC 219, 912 and 951. The bottom line on the B.A.R. issue is that it has become a seditious, communist organization under 8 USC 1101(40), U.S. v. Lattimore, 215 F.2d 847; U.S. v. Barsky, 167 F.2d 241.

Respectfully submitted this 27th day of April 2022.

*[signature]*

Amos: Miller, living man
Real Party in Interest (RPII)
Holder-in-Due-Course,
Secured Party Creditor

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

United States District Court
Attn: Clerk of Court
601 Market Street
Philadelphia, Pennsylvania 19106
USPS Certified Mail  EI 227 006 444 US

And one copy via Certified U.S. Mail addressed as follows on or about this 28th day of April 2022;

GERALD B. SULLIVAN
ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
615 CHESTNUT ST., STE. 1250
PHILADELPHIA, PA 19106-4476
USPS Certified Mail  EI 227 006 458 US

*(signature)*
Amos: Miller, living man
Real Party in Interest (RPII)

# PRIORITY MAIL EXPRESS

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May
OD: 12 1/2

**FOR DOMESTIC AND INTERNATIONAL USE**
**PLACE MAILING LABEL HERE**

U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA
17543
APR 28, 22
AMOUNT
$26.95
1007  19106
R2304M111689-04

## UNITED STATES POSTAL SERVICE — PRIORITY MAIL EXPRESS

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 717-556-0672 )

Amos Miller
c/o 648 Mill Creek School Rd
Bird-in-Hand, PA 17505

Notice of Premises

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )

US District Court, Eastern PA
601 Market St ATTN: Clerk of Court
Philadelphia, PA

ZIP+4: 19106-____

EI 227 006 444 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 17543
Scheduled Delivery Date: 4/29/22
Postage: $26.95
Date Accepted: 4/28/22
Scheduled Delivery Time: 3:00 PM
Time Accepted: 2:40 PM
Total Postage & Fees: 26.95





LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.