Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MILLER'S ORGANIC FARM<br>AMOS MILLER,<br>Defendant. | **Case No.: 19-1435**<br><br>**Praecipe Order to Clerk of Court Regarding Status of Defendant** |
| Amos: Miller, Real Party in Interest (RPII) | |

CAUSE NO: 19-1435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS

# Praecipe Order to Clerk of Court Regarding Status of Defendant

**Clerk of Court:**

May it please the court, the following is provided to clarify the party's status and legal relations in this

proceeding and not to disparage or denigrate any party there unto pertaining.

**Praecipe defined**: a writ demanding action or an explanation of nonaction. The HDC/SPC, in her Sovereign capacity is giving this instruction. See Perry v. United States, 294 U.S. 330 (1935), "sovereignty resides in the people…"

**Please ensure that the status of defendant/RPII is noted as operating in Propria Persona and not Pro Se status on the following grounds.**

Real Party in Interest (**RPII**) is an adult and is not a minor, or in need of representation by an attorney.

Pursuant to Title **31 CFR §363.6**, "**minor**" and "**minor account**," is defined as

> ***Minor*** **means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.**
>
> ***Minor account*** **means an account that a custodian controls on behalf of a minor, that is linked to the custodian's primary account. (See §§ 363.10 and 363.27 for more information about minor accounts.)**

Therein, HDC/SPC is an adult, Estate Principal Owner, and is not a "minor" in this legal relation, nor is she operating in "Agency" in relation to the estate, see UCC1 number **20222032048**, Filed with **State of Colorado**, Secretary of State, Fed. Rules Evid. 201(b),(c)(2), and (d) applies.

## LEGAL RELATION

Pursuant to **Title 31 CFR § 103.121** Customer Identification Programs for banks, savings associations, credit unions, and certain non-Federally regulated banks, this legal relation is governed under banking rules.

Therein, (a) Definitions. For purposes of this section:
(1)(i) Account means a formal banking relationship established to provide or engage in services, dealings, or other financial transactions including a deposit account, a transaction or asset
account, a credit account, or other extension of credit. Account also includes a relationship established to provide a safety deposit box or other safekeeping services, or cash management, custodian, and trust services.
(ii) Account does not include:
(3)(i) Customer means:
(A) A person that opens a new account; and
(B) An individual who opens a new account for:
(1) An individual who lacks legal capacity, such as a minor; or
(2) An entity that is not a legal person, such as a civic club.
(ii) Customer does not include:
(A) A financial institution regulated by a Federal functional regulator or a bank regulated by a state bank regulator;
(B) A person described in § 103.22(d)(2)(ii) through (iv); or
(C) A person that has an existing account with the bank, provided that the bank has a reasonable belief that it knows the true identity of the person.

It would appear that UCC Article 8, sections 106 and 107 (i.e. **UCC 8-106 and 8-107**) would apply in this legal relation as RPII, HDC, SPC, Principal Owner is appearing in proper capacity, i.e. in Propria Persona.

Also, it would appear that UCC 2a-105 would apply herein.

**UCC 2A-105. TERRITORIAL APPLICATION OF ARTICLE TO GOODS COVERED BY CERTIFICATE OF TITLE.**

Subject to the provisions of Sections 2A-304(3) and 2A-305(3), with respect to goods covered by a certificate of title issued under a statute of this State or of another jurisdiction, compliance and the effect of compliance or noncompliance with a certificate of title statute are governed by the law (including the conflict of laws rules) of the jurisdiction issuing the certificate until the earlier of (a) surrender of the certificate, or (b) four months after the goods are removed from that jurisdiction and thereafter until a new certificate of title is issued by another jurisdiction.

The following definitions apply to this proceeding. Taken from THELAW.COM LAW DICTIONARY & BLACK'S LAW DICTIONARY 2ND ED.

**SIT IN CAMERA**
To hold court in a private hearing or within the confines of the judge's chambers.

**IN CAMERA**
Latin term for in chambers. A review or session of a court or other judicial body that is closed and conducted in private or in a judge's chambers. In chambers; in private. A cause is said to be heard in camera either when the hearing is had before the judge in his private room or when all spectators are excluded from the courtroom.

**CAMERA**
**In old English law.** A chamber, room, or apartment; a judge's chamber; a **treasury**; a chest or coffer. Also, a stipend payable from vassal to lord; an annuity. Camera regis. In old English law. A chamber of the king; a place of peculiar privileges **especially in a commercial point of view**. Camera scaccarii. **The old name of the exchequer chamber**, (q. v.)Camera stellata. The star chamber, (q. v.)

**Chambers**
In practice. The private room or office of a judge; any place in which a judge hears motions, signs papers, or does other business pertaining to his office, when he is not holding a session of court. **Business so transacted is said to be done "in chambers."** In re Neagle (C. C.) 39 Fed. 855, 5 L R. A. 78; Von Schmidt v. Widber, 99 Cal. 511, 34 Pac. 109; Hoskins v. Baxter, 64 Minn. 226, 66 N. W. 969. The term is also applied, in England, to the private office of a barrister. In international law. Portions of the sea cut off by lines drawn from one promontory to another, or included within lines extending from the point of one cape to the next, situate on

the sea coast of the same nation, and which are claimed by that nation as asylums for merchant vessels, and exempt from the operations of belligerents.

**Sittings**
In practice. The holding of a court with full form, and before all the judges; as a sitting in banc. 3 Steph. Comm. 423. The holding of a court of nisi prius by one or more of the judges of a superior court. Instead of the ordinary nisi prius judge. 3 Steph. Comm. 422. Sittings after term. Sittings in bono after term were held by authority of the St. 1 & 2 Vict. c. 32. The courts were at liberty to transact business at their sittings as in term-time, but the custom was to dispose only of cases standing for argument or judgment. Wharton. Sittings in bank or bane. The sessions of a court, with the full bench present, for the purpose of determining matters of law argued before them. Sittings in camera. See CHAMBERS.

**Sit**
**To hold court**, e.g. a judge will sit on the bench. To hold a session, as of a court, grand Jury, legislative body, etc. To be formally organized and **proceeding with the transaction of business**.

**CONFIRMATION HEARING**
The hearing in a Chapter 13 case in federal bankruptcy court where a judge decides whether the debtor's proposed repayment plan is sufficient and can be approved.

**INNER HOUSE**
The name given to the chambers in which the first and second divisions of the court of session in Scotland hold their sittings. See OUTER HOUSE.

**PRESENCE OF THE COURT**
Within the sight and the hearing of the judge or other members of the court. Usually used with regard to contempt of court.

**COURTS DEFINED**

The courts have **Pacific Industrial Codes** (PIC), **Standard Industrial Codes** (SIC), **North American Industry Classification System** (NAICS), **Defense Logistics Information Service** (DLIS) under the Department of Defense (DOD), the **Data Universal**

**Numbering System** (DUNS) and the **Commercial and Government Entity Code** (CAGE)(essentially the court's bank account number), and the lack of an oath of office by many "Judges" and "Clerks of Court" all demonstrate that said legal system is operating as a commercial court system **FOR PROFIT** and **not a constitutionally based court system** that is fair and equitable.

The **N**orth **A**merican **I**ndustry **C**lassification **S**ystem or **NAICS is used by business and government to classify business establishments** according to type of **economic activity** (process of production) in Canada, Mexico, and the United States of America.

The **C**ommercial **a**nd **G**overnment **E**ntity Code, or **CAGE Code**, is a **unique identifier assigned to suppliers to various government** or defense agencies, as well as to government agencies themselves and also various organizations. CAGE codes provide a standardized method of identifying a given facility at a specific location.

A **D**ata **U**niversal **N**umbering **S**ystem (DUNS) number is a nine-digit code established by Dun & Bradstreet which has become a standard business identifier throughout the world. DUNS numbers are often required in order to perform government contracts for many federal agencies.

The move from using DUNS numbers as the **Unique Entity ID (UEI)** to the new, **SAM-issued UEI** is a federal government-wide

initiative. The process started more than four years ago and is set to conclude on April 4th, 2022.

The **C**ourt **R**egistry **I**nvestment **S**ystem (CRIS) is an **interest-bearing cash management tool** administered by the Administrative Office of the U.S. Courts that provides Clerks with an easy, efficient, and safe way to comply with federal requirements concerning the handling of Court Registry Funds.

It is said that a "court", in its most basic sense, is a place where a contract is made. Therefore, without a proper constitutional oath of office, it shall be deemed and construed by default (until contrary evidence appears in this court record), that Judge operates via private contract and is assuming to have jurisdiction over this matter.

The Parties set the terms and conditions on the contract with the court to mediate the alleged controversy.

Therein, in conclusion, a court is a "Privately Owned Trading Company" operating as a bank to settle controversies, causes of action, and orders distribution of proceeds for settlement.

Respectfully submitted,

Amos: Miller, living man (RPII/HDC/SPC)

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

United States District Court
Attn: Clerk of Court
601 Market Street
Philadelphia, Pennsylvania 19106
USPS Certified Mail EI 227 006 427 US

And one copy via Certified U.S. Mail addressed as follows on or about this 28th day of April 2022;

GERALD B. SULLIVAN
ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
615 CHESTNUT ST., STE. 1250
PHILADELPHIA, PA 19106-4476
USPS Certified Mail EI 227 006 435 US

Amos: Miller, living man
Real Party in Interest (RPII)

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS

UNITED STATES POSTAL SERVICE
1007
19106
U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA
17543
APR 28, 22
AMOUNT
$26.95
R2304M111689-04

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 227 006 427 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( 717 556-0672

Amos Miller
c/o 648 Mill Creek School Rd
Bird-in-Hand PA 17505
Praecipe Order

DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Court Eastern PA
601 Market St ATTN: Clerk of Court
Philadelphia PA

ZIP + 4® (U.S. ADDRESSES ONLY)
19106

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 17543 | 4/29/22 | $ 26.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 4/28/22 | ☐ 6:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 2:40 ☐ AM ☑ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ 26.95 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.