Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: 19-1435** |
| Plaintiff, | |
| v. | **NOTICE OF THE EXISTENCE OF THE BIRTH CERTIFICATE TRUST aka LEGACY ACCOUNT** |
| MILLER'S ORGANIC FARM | |
| AMOS MILLER, | |
| Defendant. | |
| Amos: Miller, Real Party in Interest (RPII) | |

It has been a long journey through the "legal tulips" in learning about the so-called Legacy Account, see 31 CFR 363, etc. The following is a bit of legal-ese in support of the volumes of proof that said account exists. Therefore, it would appear that in ANY post March 9, 1933 (and post 1966 merging of law forms), "New Deal" Construction, legal relation, the only issue left to discuss in any court claim is the remedy, i.e. settlement.

### The BC Issue Currency Backing

The Birth Certificate (BC) emanates from the requirements of The Maternity Act of 1920. The Promotion of the Welfare and Hygiene of Maternity and Infancy Act, more commonly known as the Sheppard-Towner Act, was a 1921 U.S. Act of Congress that provided federal funding for maternity and child care.[1] It was sponsored by Senator Morris Sheppard (D) of Texas and Representative Horace Mann Towner (R) of Iowa, and signed by President Warren G. Harding on November 23, 1921.[2] see https://en.wikipedia.org/wiki/Sheppard-Towner Act

Said maternity act generated the Birth Certificate now known as a BankNote by and through the

   A. Pacific Bank Note Company, see http://pacificbancnote.com/2016/

   B. American Bank Note Company,
      see https://scripophily.net/amerbanknote.html

   C. Midwest Bank Note Company,
      see https://www.openfos.com/supply/2424806-MIDWEST-BANK-NOTE-CO-in-Plymouth-MI/ and http://www.midwestbanknote.com

   D. Atlantic Bank Note Company, although this writer has seen the term, "Atlantic BankNote Co." on birth certificates, he has not been able, at this time, to find any current research on the internet on this company.

Former World Banker, Karen Hudes, has given whole lectures (see YouTube) on the connection of the Birth Certificate to the currency as a foundation of the use of the "future labor" (see Restatement 2d Future Interest) relation to currency funding/backing of various country's world currency in accord with World Bank, Basel II currency placement/rules/regulations. The American Depositary Receipt (ADR) system is used to sell the Birth Certificate BankNotes on the International Bond Market for which this author even has Trust contract documents between the Bank of New York/Melon (the US Treasury's clearing bank) and International Banks for asset banking support.

## BASIC U.S. LAW

The Federal Emergency Relief Act of 1933 AN ACT, was to provide for cooperation by the Federal Government with the several States and Territories and the District of Columbia in relieving the hardship and suffering caused by (Sec. 4. (a)) Out of the funds … to provide the necessities of life to persons in need as a result of the present emergency, and/or to their dependents, whether resident, transient, or homeless. - The Federal Emergency Relief Act of 1933 Approved, May 12, 1933 (Sec. 4. (a)).

"The ownership of all property is in the state".

"Under the new law government obligations, is backed by the credit [i.e. labor of the estate holders] of the nation. It does represent a mortgage on all the homes, and other property of all the people of the

1  nation." Senate Document No. 43, 73rd Congress, 1st Session,
2  Congressional Record, March 9, 1933 on HR 1491 p. 83.

   Obligations of the United States shall be receivable for all public
3  dues. That they shall be redeemed at the Treasury Department of the
   United States or at any Federal Reserve bank. 12 U.S. Code § 411 -
4  Issuance to reserve banks; nature of obligation; redemption (Dec. 23,
   1913, Ch. 6, §16 (par.), 38 Stat. 265; Jan. 30, 1934, Ch. 6, §2(b)(1),
5  48 Stat. 337; Aug. 23, 1935, Ch. 614, title II, §203(a), 49 Stat.
   704.)
6       We are currently under a national emergency [Emergency Banking
7  Relief Act, March 9, 1933] whereby all banking business has been
   suspended similar to that indicated by presidential proclamation 2039.
8  As a result of the current emergency, book entry credit is an
9  acceptable form of business transaction within the borders of the
   United States.
10      Is it not true that Respondents have not charged off petitioner
11 account and/or that the account itself has never been charged off
12 whereby an internal credit has been applied, bringing the account
   balance to zero, and then the creation of a new account where the
13 previous unapplied credit remained outstanding (in other words that
14 there is an outstanding balance after the internal credit
   application)?
15 Respondent(s) attempt to seize and/or take petitioner property is a
16 violation of my right to due process, right to property?
17      And that:
       a. The Fifth Amendment commands that property be not taken
18 without making just compensation? That Valid contracts are not
19 property, whether the obligor be a private individual, a municipality,
20 a State or the United States?
       b. the Rights against the United States and/or any other party
21 arising out of a contract with it are protected by the Fifth
22 Amendment? United States v. Central P. R. Co., 118 US 235, 238; United
   States v. Northern P. R. Co., 256 US 51, 64.
23      c. when the United States and/or any other party enters into
24 contract relations, its rights and duties therein are governed
25 generally by the law applicable to contracts between private
   individuals?

d. in Perry v. United States, 294 US 330, 352-353 (1935) it was held that:

"When the United States, with constitutional authority, makes contracts, it has rights and incurs responsibilities similar to those of individuals who are parties to such instruments.  There is no difference," said the Court in United States v. Bank of Metropolis, 15 Pet. 977, 392, except that the United States cannot be sued without its consent.  See, also, The Floyd Acceptances (Pierce v. United States) 7 Wall. 666, 675; Cooke v. United States, 91 US 389, 396.  In Lynch v. United States, 292 US 571, 580, with respect to an attempted abrogation by the Act of March 20, 1933 (48 Stat. at L. 8, 11, chap. 3, U.S.C. title 38, section 701) contracts of the United States, the Court quoted with approval the statement in the Sinking Fund Cases, 99 US 70, supra, and said: "Punctilious fulfillment of contractual obligations is essential to the maintenance of the credit of public as well as private debtors.  No doubt there was in March 1933, great need of economy. (This is in direct reference to the March 9, 1933 act and presidential proclamation 2039, where a NATIONAL ECONOMIC BANKING EMERGENCY was declared, facilitating the serious emergency that Congress has stated is still extant)?

e. "In the administration of all government business economy had become urgent because of lessened revenues and the heavy obligations to be issued in the hope of relieving widespread distress.  Congress was without power to reduce expenditures by abrogating contractual obligations of the United States.  To abrogate contracts, in the attempt to lessen government expenditure, would be not the practice of economy, but an act of repudiation." And that any attempt on your part to invalidate this contract would amount to the same repudiation.

f. has not the United States treasury, as authorized under presidential proclamation 2039, has not declared legal tender to be valueless? Backed by nothing? [-An official website of the United States Government-

g. Legal Tender Status - Treasury Department --- U.S. DEPARTMENT OF THE TREASURY

https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx

h. Jan 4, 2011 - The pertinent portion of law that applies is the Coinage Act of 1965, specifically Section 31 U.S.C. 5103, entitled "Legal tender," which states: "United States coins and currency (including Federal reserve notes and circulating notes of Federal

reserve banks and national banks) are legal tender ... Federal Reserve notes are not redeemable in any commodity, and receive no backing by anything This has been the case since 1933. The notes have no value for themselves."]

i. The Federal Emergency Relief Act of 1933 AN ACT, was not to provide for cooperation by the Federal Government with the several States and Territories and the District of Columbia in relieving the hardship and suffering caused by (Sec. 4. (a)) Out of the funds … to provide the necessities of life to persons in need as a result of the present emergency, and/or to their dependents, whether resident, transient, or homeless. - The Federal Emergency Relief Act of 1933 Approved, May 12, 1933 (Sec. 4. (a))?

j. "The ownership of all property is not in the state"?

k. "Under the new law government obligations, is not backed by the credit of the nation. It does not represent a mortgage on all the homes, and other property of all the people of the nation?" Senate Document No. 43, 73rd Congress, 1st Session, Congressional Record, March 9, 1933 on HR 1491 p. 83.

l. Obligations of the United States shall not be receivable for all public dues? That they shall not be redeemed at the Treasury Department of the United States or at any Federal Reserve bank? 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption (Dec. 23, 1913, ch. 6, §16 (par.), 38 Stat. 265; Jan. 30, 1934, ch. 6, §2(b)(1), 48 Stat. 337; Aug. 23, 1935, ch. 614, title II, §203(a), 49 Stat. 704.)

**WHAT DOES ALL THIS MEAN?**

The man born in the United States created an ESTATE upon their birth. An Agency agreement was created between the man and the British Crown, the Catholic Vatican (under Unam Sanctam)(man's salvation is covered separate and apart from the Holy See) and the British Accreditation Registry (B.A.R.) members. And, that the man is at liberty to file/lodge the Birth Certificate with the County Recorder and terminate the agency relation at any time. An ESTATE is defined as the life-time labor value of the man. Within 30-90 days a trust is created whereby said ESTATE (i.e. life-time labor value) is placed into trust

with the UNITED STATES ATTORNEY GENERAL operating as the Alien Property Custodian (pursuant to the Trading With the Enemy Act [TWEA]) is appointed as the Common Law Trustee (CLT) via Executive Order (E.O.) in 1939 by President Franklin D. Roosevelt. Therefore, the man's name in ALL CAPITAL LETTERS is representative of the ESTATE/TRUST. The man's name in all lower case represents the man. See the definitions of Capitis Deminutio Maxima The greatest, capitis deminutio maxima, involved the loss of liberty, citizenship, and family (e.g. being made a slave or prisoner of war). Also see Capitis Deminutio Minima and Media. Spelling matters – ALL CAPS, Upper Lower or all lower case. Said spelling represents your status in that particular legal relation. You, the man are an investor, lender, depositor (Donor/Grantor) of your life-time labor to the UNITED STATES in exchange for the Trustees (all offices of government are offices of trust) indenture contract. You, the man, are the Donor, Grantor, Trustor, **Beneficiary**, Executor, Authorized Signatory/Representative for THEALLCAPSNAME – ESTATE/TRUST and/or the Bailor/Bailee relation. You are not the trustee/bailee. Your Birth Certificate (BC) is the representative certificate of said deposit, which connects to the American Depositary Receipt (ADR) system, which parallels the International (Crown Based,
http://www.legislation.gov.uk/uksi/1997/1778/made/data.htm)
Social Security (SS) agreement, which connects to the Federal Reserve Account Number (FRAN) (which is a Letter coupled with eight digits), which is found on the backside of your SS card. Your ONLY TRUE BANK ACCOUNT is your LEGACY ACCOUNT, where you "banked" (bailor/bailee relation) your life-time labor with the UNITED STATES Treasury, who hired the Private Federal Reserve Bank (FRB) to regulate your account spending. Bank of America, JP Morgan Chase, Wells Fargo, etc. are just transmitting/public utilities, which you the depositor/bailor (with US Treasury, see 31 CFR 363, etc.) use to "pay" your various bills/presentments (see Uniform Commercial Code (UCC), ask your local banker if they even know what that is).
In order for a Judge in any UNITED STATES court system (run by B.A.R. (British Accredited Registry) members) to deny the above paragraph's fact pattern is so absurd as to constitute gross misconduct, gross

misrepresentation, which "shocks the conscience", especially when they deny its existence in open court of the existence of the LEGACY account, but then argue in Judge's chambers over who gets to keep the LEGACY account funds being expended by the so-called DEFENDANT in favor of the B.A.R. members gain for so-called expenses, when the B.A.R. members fabricated the false charges in the first place and are falsely imprisoning the man/defendant for the DEFENDANT in violation of the premises of **Black Diamond S. S. Corp. v. Robert Stewart & Sons, 336 U.S. 386 (1949)**.

> "Admiralty practice is a unique system of substantive law and procedure with which members of this Court are singularly deficient in experience."
> "The proceeding is conducted in **two stages**. In **the first** or **preliminary stage** the owner petitions for relief from personal liability, is required either to surrender his interest in the ship and her freight or to stipulate, with adequate bond, to pay into court its value. The statute says, **'Upon compliance with the requirements of this section all claims and proceedings against the owner with respect to \*\*630 the matter in question shall cease.'** At this point an important change in the nature of the proceeding occurs.
> The proceeding continues as a proceeding in rem against either the ship or the fund as the res. Our rules provide that when petitioner complies with the court's order as to surrender or bond, the court shall issue a monition requiring all persons asserting claims to file the \*401 same and may also issue injunction against the further prosecution of suits against either the owner or the vessel. **Rule 51. The court then adjudicates the claims and apportions the available fund among them.** Rule 52. The owner is at liberty to contest his liability or the liability of the vessel 'provided he shall have complied' with the requirements of surrender or deposit as above set forth. Rule 53."

In other words, you really should be able to send a presentment in commerce, i.e. "a bill", to your "banker" (the UNITED STATES Treasury, i.e. the INTERAL REVENUE SERVICE) and have them (electronically) "settle" the "liability" for you (A4V) as you (the Depositor/bailor) have already "paid" for everything as the Trustees/Bailees are using and investing your future-labor deposited "funds" into the world economy (at a profit for the Trustees/bailees and the Bailors/ Beneficiaries (that's you)).

HINT: When you make a search of your Individual Master File (IMF) and/or Business Master File (BMF) at the IRS and it states that you are "manufacturing truck axles in the Virgin Islands" it is because the YOU that is doing so is the YOU/ESTATE/TRUST that you/man invested your future labor deposit with the UNITED STATES Banker/Trustees/Bailees invested and that is the capital gain that YOUALLCAPS made, not the you/man. AND, if you/man do not file for the

RETURN ON INVESTMENT (ROI) via the 1099 (Class 5 Gift and Estate Tax category with a Tax Credit of approximately $16M) it is your fault as you/man are the Donor, Grantor/Bailor, Trustor, **Beneficiary**, Executor, Authorized Signatory/Representative and "**Sovereignty** resides in the people" Perry v. United States. The IRS does/assesses what you tell them to assess. You are the depositor/investor/Bailor.

The enemy of the estate is the B.A.R. membership, using "color of law" to steal your future labor deposit along with unscrupulous IRS Agents who fake and rig the system for their own personal gain from your LEGACY account.

### ANOTHER VIEW AT THE SAME ISSUE
### FUTURE LABOR BIRTH CERTIFICATE DEPOSIT PREMISE

FUTURE LABOR BIRTH CERTIFICATE DEPOSIT PREMISE for the establishment of the doctrine of conquest carried forward onto the land after all water was conquered and controlled.

When a child is born in the United States an ESTATE is formed. An "ESTATE" is defined as the life-time labor value of the man. Within 30-60 days the ESTATE is placed in trust with the Alien Property Custodian (APC). The party holding the title of ALC is the United States Attorney General pursuant to the Trading with the Enemy Act and the Emergency Banking Relief Act. Pursuant to Executive Order signed by Franklin D. Roosevelt in 1939 the office of "Common Law Trustee" (CLT) was formed. The APC is the CLT.

The evidence of the decoupling abandonment is clearly shown in the Application for Certificate of Live Birth or Certification of Birth where, by operation of law and constructive fraud the Department of Vital Statistics mandates the form that is filled out by the applicant/mother who confess that the child/baby was born out of wedlock.

The informant as the document clearly identifies the applicant, i.e. mother, states that the child is a product of a carnal knowledge of the flesh and then the doctor (who is in private practice) issues the bond for the baby. Thereafter, the county recorder/Registrar registers the event and issues in the land records of the county in the mouths of the two witnesses confirming the confession of the informant i.e. the mother/mom vessel of delivery into the worldly estate of life.

The "infant decedent" then becomes by operation of law a "Ward of the State" due to the failure by the mother and father to claim the event and issue, i.e. birth, into the family bible which was a standard practice for more than 150 years.

The state registrar is tasked with the issuance of a state File Number for the Certificate of Live Birth (COLB) and produces an affidavit claiming that the "infant decedent" is incapable of handling his or her property/affairs. Then, by execution of law, the state becomes the guardian ad litem and due to the emergency based on the 1933 Emergency Banking Relief Act those Birth Certificates are held in abeyance until we evolve out of bankruptcy/receivership.

The issuance of the COLB by the state, who has taken control over the body (by Agency), then conveys/grants to the parents the right under pa·rens pa·tri·ae the rights to raise by/under strict authority and supervision of the state.

The recent explosion of Child Protective Services has shown that the separation of the child from the birth mother and father is the right of the state under pa·rens pa·tri·ae/Agency when a perceived threat to the state property arises. The State Registrar issues an affidavit and then proclaims the office, has the right to issue and mandate a Power of Attorney for the "infant decedent" (even if you are over 18 years old) to handle the affairs of the child.

The power of attorney is never rescinded when the child reaches the age of seven (7) where the operation of English Law if the child has not been seen in the first seven (7) years the crown determines that the child is lost at sea. See Cesti Que Vie act of 1666. Article 4 of said act declares the right of the man to claim that he is NOT lost at sea but is in fact alive doing well under the testament of the father, son, and holy ghost, the three (3) trusts established under the principals of the Holy Roman Empire.

Until the year 1302, under Unam Sanctum, the rights were deemed by the holy men of the day as being the divine right by birth. By the decree of Pope Boniface VIII (r. 1294-1303) who stated that "But he that is spiritual judgeth all things, yet he himself is judged of no man" and then stated "We therefore declare, say, and affirm that submission on

the part of every man to the bishop of Rome is altogether necessary for his salvation".

When we look for the definition of the words "Born Alive" it is quite telling on the separation of the child and the foundling.

The term "born alive," "Being a product of conception after complete expulsion or extraction from the mother regardless of the duration of the pregnancy which that breathes or shows any other evidence of life such as the beating of the heart the pulsation of the umbilical cord or definite movement of voluntary muscles regardless of whether the umbilical cord has been cut or the placenta is still attached. Each product of such birth is considered Live Born and is fully recognized as a human person."

On the issue of getting arrested, criminal complaint or indictment from a grand jury, does that event trigger a portal in the process to automatically apply for the Alien Property Custodian (and his B.A.R. Agents) to release funds from the trust for the prosecution of an enemy combatant, i.e. U.S. citizen/resident primarily being defined as an enemy of the state based upon the Trading with the Enemy Act of 1917 and then recodified under the 1933 Emergency Banking Relief Act. They needed to apply to the APC so they can prosecute the criminal...and do an application for a license to release block(ed) funds held by the APC.

Therefore, through this allegiance with the B.A.R. Association who have placed themselves at the head of the estates of the people of America acting ultra vires under a foreign contract through the City of London and the London Lawyers Guild, placed themselves in a position as the "keepers of the gate," the stakeholders of the American nationals born outside the Washington, District of Columbia, Jesuit, Zionist controlled systems to harness the labor through deceptive means and be at the forefront of legislating more and more laws against the people of the united **E**states of America, circumventing the right to declare life, being of the blood of the father and mother under the spirit of the father, son, and holy ghost to forever cast off the peoples of America into the despot of the sentence of being alive in the American lands from sea to shining sea.

\

Submitted this 28th day of April 2022.

Amos-Blank: Miller, living man
Depositor, Principal Owner, Beneficiary,
Holder-In-Due-Course/Secured Party Creditor
AMOS BLANK MILLER ®™ - ESTATE/TRUST

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

        United States District Court
        Attn: Clerk of Court
        601 Market Street
        Philadelphia, Pennsylvania 19106
        USPS Certified Mail _EI 227 005 744 US_

And one copy via Certified U.S. Mail addressed as follows on or about this 2nd day of ~~April~~ May 2022;

        GERALD B. SULLIVAN
        ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
        615 CHESTNUT ST., STE. 1250
        PHILADELPHIA, PA 19106-4476
        USPS Certified Mail _EI 227 005 758 US_

                        Amos: Miller, living man
                        Real Party in Interest (RPII)

# PRIORITY
# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**



RECEIVED
MAY 4 2022

19106   R2305K143269-09



**UNITED STATES POSTAL SERVICE®**

## PRIORITY
## MAIL
## EXPRESS®

EI 227 005 744 US



U.S.M.S.
XI RAY

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( ) 717-556-0672

Amos Miller
℅ 648 Mill Creek School Rd
Bird-in-Hand, PA 17505

Notice BC Trust

TO: (PLEASE PRINT)   PHONE ( )

USDC Eastern PA ATTN: Clerk
601 Market St    of Court
Philadelphia, PA
ZIP + 4® (U.S. ADDRESSES ONLY)
19106-____

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

  PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 17543
Date Accepted (MM/DD/YY): 5/3/22
Time Accepted: 11:10
Scheduled Delivery Date (MM/DD/YY): 5/4/22
Scheduled Delivery Time: ☐ 6:00 PM
Postage: $ 26.95
Weight: .35   ☐ Flat Rate
Total Postage & Fees: $ 26.95

 **UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.