From:  Amos Blank Miller

    C/O: 648 Miller Creek School Rd.

    Bird-In-Hand Pennsylvania [17505]

TO:  U.S.D.C. Eastern District of Pennsylvania

    ATTN: CLERK

    601 Market St.

    Philadelphia PA [19106]

CAUSE NO: 5:19-CV-01435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS

NOTICE TO CLERK

PRAECIPE TO SHOW CAUSE

From: Amos Blank Miller

    C/O: 648 Miller Creek School Rd.

    Bird-In-Hand Pennsylvania [17505]

TO: U.S.D.C. Eastern District of Pennsylvania

    ATTN: CLERK

    601 Market St.

    Philadelphia PA [19106]

CAUSE NO: 5:19-CV-01435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS

NOTICE TO CLERK

PRAECIPE TO SHOW CAUSE

I, Amos Miller is requesting a hearing for Dismissal of Counsel on the record this 6th Day May of 2022 at __3:00 PM__; to show cause of why this filing has not been heard nor answered on the record.

Respectfully Submitted

*Amos Mill*

Amos Miller

## CERTIFICATE OF SERVICE

I, Amos Miller, serving in Propria Persona, hereby certify. Under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of **one of** the united states of America, as I personally served the following document(s) my placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

United States District Court

U.S.D.C. Eastern District of Pennsylvania

ATTN: CLERK

601 Market St.

Philadelphia PA [19106]

(1) Copy of Clerk of Courts for filing (x) 2
(2) Time Stamp Copy
(3) Certified Mail Number  EI 227 005 735 US

And one copy via Regular U.S. Mail addressed as follows:

STEVEN RYAN LAFUENTE

1920 McKinney Ave 7th Floor

Dallas Texas [75201]

]

Dated this 5 day of May, 2022

_Amos Miller_

Amos Miller



**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE • ANY WEIGHT

FOR DOMESTIC AND INTERNATIONAL USE
PLACE MAILING LABEL HERE

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®**

FROM: (PLEASE PRINT)
Amos Miller
c/o 648 Mill Creek School Rd
Bird-in-Hand, PA 17505

Praecipe Show Cause

TO: (PLEASE PRINT)
USDC Eastern PA ATTN: Clerk of Court
601 Market St
Philadelphia, PA
19106

PO ZIP Code: 17543
Scheduled Delivery Date: 5/6/22
Postage: $26.95
Date Accepted: 5/5/22
Scheduled Delivery Time: 6:00 PM
Time Accepted: 2:15 PM
Total Postage & Fees: $26.95


PEEL FROM THIS CORNER

U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA 17543
MAY 05, 22
AMOUNT $26.95
R2304M111689-04

EI 227 005 735 US