From: Amos Blank Miller

C/O: 648 Miller Creek School Rd.

Bird-In-Hand Pennsylvania [17505]


TO:   U.S.D.C. Eastern District of Pennsylvania

ATTN: CLERK

601 Market St.

Philadelphia PA [19106]


CAUSE NO: 5:19-CV-01435


AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

AFFIDAVIT PUBLIC NOTICE, HONORABLE CLARIFICATIONS


**MOTION TO DISMISS COUNSEL OF RECORD**

Comes Now, Amos-Blank: Miller, In Propria Persona, the Defendant in the titled cause; 5:19-CV-01435 and moves this court for the following order.

The defendant in the above-title cause 5:19-CV-01435 [ now comes before this Honorable Court to dismiss counsel of record and/or Stand in Counsel. It is the full and competent understanding of this defendant that I have the right under the Criminal Rules of the Court to **represent himself at any given time**. The Court cannot dismiss Counsel in a Criminal prosecution and/or proceeding without the express recognition and agreement of the defendant and defendant's counsel of record.

This Motion serves as recognition, and it is the official request of the defendant in the entitled case. Base on the Motion, the defendant request that the court **ORDER THE DISMISSAL OF**:

STEVEN RYAN LAFUENTE

1920 McKinney Ave 7th Floor

Dallas Texas [75201]

from the time they accepted membership in the state bar of TEXAS their citizenship is void accepting the "honour" incapable of holding any office and/or trust or profit. Having Sworn to Oath to a foreign power, their lawful status is that of Alien(s) as articulated in Title 8, U.S.C.A, Section 1101 (a) (3). It has been confirmed by people of Congress that the officials are hiding behind their **FOREIGN SOVERERIN IMMUNITY ACT**. This can be validated under Rule 4 J, of the Federal Rules of Civil Procedures that all of the OFFICIALS IN THIS COUNTRY ARE ACTING UNDER A FOREIGN STATE. THEY ARE OPERATING OUTSIDE OF THE JURISDICTION OF THE UNITED STATES.

I also hereby waive and/or terminate any/all "stand by counsel" past, present and future. I hereby waive all benefits from this court forevermore.

Furthermore, defendant request that this court for the record for Cause 5:19-CV-01435.

## CERTIFICATE OF SERVICE

I, Amos Miller, serving in Propria Persona, hereby certify. Under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of **one of** the united states of America, as I personally served the following document(s) my placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

United States District Court

U.S.D.C. Eastern District of Pennsylvania

ATTN: CLERK

601 Market St.

Philadelphia PA [19106]

(1) Copy of Clerk of Courts for filing (x) 2
(2) Time Stamp Copy
(3) Certified Mail Number____EI 227 005 761 US

And one copy via Regular U.S. Mail addressed as follows:

STEVEN RYAN LAFUENTE

1920 McKinney Ave 7th Floor

Dallas Texas [75201]

]

Dated this _5_ day of ___May___, 2022

_____

Amos Miller

PRESS FIRMLY TO SEAL

 

FSC
MIX
Board
FSC® C116916

PAPER
POUCH
how2recycle.info

PRESS FIRMLY TO SEAL

  
U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA
17543
MAY 05, 22
AMOUNT
$26.95
1007    19106    R2304M111689-04

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
### ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F
OD: 12

← PEEL FROM THIS CORNER

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE



UNITED STATES POSTAL SERVICE®   PRIORITY MAIL EXPRESS®

EI 227 005 761 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)     PHONE (    )

Amos Miller
C/o 648 Mill Creek School Rd
Bird-in-Hand, PA 17505
Motion to Dismiss Counsel

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)     PHONE (    )

USDC Eastern PA ATTN: Clerk
601 Market St     of Court
Philadelphia, PA
ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 1 0 6 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO

PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage
17543 | 5/6/22 | $ 26.95

Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee
5/5/22 | ☐ 6:00 PM | $ | $

Time Accepted | ☐ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee
2:15 | | $ | $

Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees
$ | $ | $ 26.95

Weight | ☐ Flat Rate | Acceptance Employee Initials
___ lbs. ___ ozs. | |

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021     PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.