```
Amos: Miller, living man
On the county at Large, lancaster
Non-Domestic
c/o: 648 Millcreek School Road
Bird-in-Hand, Pennsylvania [17505]
Propria persona
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: 19-1435** |
| Plaintiff, ) | |
| v. ) | **Notice of Interlocutory Appeal** |
| ) | **Counsel Issue** |
| MILLER'S ORGANIC FARM ) | |
| AMOS MILLER, ) | |
| Defendant. ) | |
| _____ ) | |
| Amos: Miller, Real Party in ) | |
| Interest (RPII) ) | |
| _____ ) | |

CAUSE NO: 19-1435

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 OCTOBER 1961

PUBLIC NOTICE, HONORABLE CLARIFICATIONS

# Notice of Interlocutory Appeal

Comes Now, Amos Miller, In Propria Persona, the Defendant/RPII in the above titled cause; 19-1435, and hereby notices the Clerk of Court of Interlocutory Appeal, in regard to Judge's (**Edward G. Smith**) determination on Friday May 6, 2022, telephonic hearing, that Amos Miller does not have the right to choose his own attorney or operate in Propria Persona if he so

chooses. **Judge is in error**. Judge was acting irrationally and beyond the confines of Public Policy.

Interlocutory is a legal term which can refer to an order, sentence, decree, or judgment, [or determination] given in an intermediate stage between the commencement and conclusion of a cause of action, used to provide a temporary or provisional decision on an issue. Thus, an interlocutory order is not final and is not subject to immediate appeal.

RPII requests that Clerk of Court provide RPII a **READABLE**/**ACCESSIBLE** copy of the recording of said telephonic hearing and hold all other determinations of said court as said determination is critical to the Rights, duties, and liabilities of all parties involved in this case.

Any further actions by any of The Parties could be construed as criminal actions as the Rights of Amos Miller in relation to due process are being violated with property being falsely taken and statements made by government actors are false representations before the court. Amos Miller is the Holder-in-Due-Course, Secured Party Creditor, Principal Owner of the AMOS BLANK MILLER Estate is a matter of record with no less than four United States Treasury offices, the International Monetary Fund, his birth state, the Securities and Exchange Commission (data collected), and the deposit with the United States Treasurer (Puerto Rico). ANY ACTIONS taken by ANY PARTIES to take, seize, levy, lien, etc. any property in this legal relation is a

question of title, of which RPII has ALL RIGHT, TITLE, AND INTEREST in said legal relations. <u>Placing a Bar member in front of and against his rights is tantamount to theft of property under color of law.</u>

An interlocutory appeal on said subject matter will end that issue.

Respectfully submitted this 10th day of May 2022.

*Amos Miller* (signature)

Amos: Miller, living man
Real Party in Interest (RPII)
Holder-in-Due-Course,
Secured Party Creditor

**CERTIFICATE OF SERVICE**

I, Amos Miller, serving in Propria Persona, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States" [federal and State Government] that I am at least 18 years old, a citizen of one of the united states of America, as I personally served the following document(s) by placing one true and correct copy of document(s) via U.S. Mail with postage paid and properly addressed to the following:

    United States District Court
    Attn: Clerk of Court
    601 Market Street
    Philadelphia, Pennsylvania 19106
    USPS Certified Mail  EI 227 005 775 US

And one copy via Certified U.S. Mail addressed as follows on or about this 11th day of May 2022;

    GERALD B. SULLIVAN
    ASSISTANT U.S. ATTORNEY - US ATTY'S OFFICE
    615 CHESTNUT ST., STE. 1250
    PHILADELPHIA, PA 19106-4476
    USPS Certified Mail  EI 227 005 789 US

And one copy via Certified U.S. Mail addressed as follows on or about this 11th day of May 2022;

    STEVEN LAFUENTE
    THE LAFUENTE LAW FIRM, PLLC
    THANKSGIVING TOWER
    1601 ELM STREET
    FLOOR 33
    DALLAS, TX 75201
    USPS Certified Mail  EI 227 005 792 US

*/s/ Amos Miller*
Amos: Miller, living man
Real Party in Interest (RPII)






# PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

**FROM:**
Amos Miller
648 Mill Creek School Rd
Bird-in-Hand, PA 17505
Interlocutory Appeal: Counsel
PHONE (717-556-0672)

**TO:**
USDC Eastern PA ATTN: Clerk of Courts
601 Market St
Philadelphia, PA
19106

PO ZIP Code: 17543
Date Accepted: 5/11/22
Time Accepted: 1:18 PM
Weight: 22 lbs oz
Scheduled Delivery Date: 5/12/22
Postage: $26.95
Total Postage & Fees: $26.95



U.S. POSTAGE PAID
PME 1-Day
LITITZ, PA 17543
MAY 11, 22
AMOUNT
$26.95
R2305K143269-09

RECEIVED MAY 12 2022



