IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **NO. 19-cv-1435** |
| v. | : | |
| | : | |
| **MILLER'S ORGANIC FARM and AMOS MILLER,** | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

AND NOW, this <u>14th</u> day of <u>April</u>, 2023, upon consideration of the December 13, 2022, Second Consent Decree ordering defendants to pay the $55,065.72 civil contempt sanction in two installments payable to the U.S. Attorney's Office (ECF Doc. No. 204), that the first installment of $27,543.86 was received by the U.S. Attorney's Office, that on April 14, 2023, the second installment of $27,543.86 was inadvertently paid to the Pennsylvania Eastern District Clerk's Office, and that the Clerk's Office has no Order to accept the funds, it is hereby

ORDERED that the Clerk of Court is to accept the second installment funds of $27,543.86 and immediately disburse the funds to the U.S. Attorney's Office.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.